JHR/mmr/62000-677

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

LAUREN WOODS,

     Plaintiff,

vs.

PROGRESSIVE AMERICAN INSURANCE COMPANY,

     Defendant.

_____/

## PROGRESSIVE AMERICAN INSURANCE COMPANY'S NOTICE OF REMOVAL AND SUPPORTING MEMORANDUM OF LAW

Defendant, **PROGRESSIVE AMERICAN INSURANCE COMPANY**, a Foreign Profit Corporation, hereby files its Notice of Removing this case to the United States Southern District of Florida from the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, Florida, and states:

1.     This action was commenced on January 8, 2019, in the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida, Case No. 50-2019-CA-000294 XXXX MB (AF).[1]

2.     This is a civil action in which Plaintiff, LAUREN WOODS, claims injury as a result of a motor vehicle accident, which occurred on March 18, 2018, involving an allegedly underinsured/uninsured motorist, Patricia Riordan.  LAUREN WOODS has sued Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY, her

---

[1] Plaintiff's Complaint was filed January 8, 2019.  Plaintiff filed an Amended Complaint on February 7, 2018.

**BOYD RICHARDS PARKER & COLONNELLI, P.L.**

| **MIAMI** | **FT. LAUDERDALE** | **TAMPA** | **WEST PALM BEACH** | **NEW YORK** |
|---|---|---|---|---|
| 100 S.E. Second Street, Suite 2600 | 1600 W. Commercial Boulevard, Suite 201 | 400 N. Ashley Drive, Suite 1150 | 824 U.S. Highway One, Suite 100 | 7 Times Square, 19th Floor |
| Miami, Florida 33131 | Fort Lauderdale, Florida 33309 | Tampa, Florida 33602 | North Palm Beach, Florida 33408 | New York, New York 10036 |
| Tel: 786-425-1045 Fax: 786-425-3905 | Tel: 954-848-2460 Fax: 954-848-2470 | Tel: 813-223-6021 Fax: 813-223-6024 | Tel: 561-624-8233 Fax: 561-624-8940 | Tel: (212) 400-0626 |

uninsured/underinsured motorist carrier, for benefits under her policy of insurance with Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY.

3.     The removal of this case is authorized by the provisions of 28 U.S.C. §1441, et seq.

4.     This Court has original jurisdiction under 28 U.S.C. § 1332(a)(1) because this case involves a controversy between Plaintiff who is a citizen of the State Florida and a defendant that is a citizen of the State of Ohio, and the amount in controversy exceeds the sum of $75,000.00 exclusive of interest, costs, and attorney's fees.

## DIVERSITY OF CITIZENSHIP

5.     Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY, a Foreign Profit Corporation, is a citizen of the State of Ohio because it is an Ohio corporation with its principal place of business in Ohio.   See 28 U.S.C.A. § 1332(c)(1) (providing that a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business); see Ex. A.

6.     Plaintiff, LAUREN WOODS, is and has been at all times material a citizen of the State of Florida.  Plaintiff alleges in the Amended Complaint, ¶ 2, that she was and is a resident of Martin, Florida, which gives rise to a presumption that the Plaintiff is a citizen of the State of Florida.  See Jones v. Law Firm of Hill and Ponton, 141 F.Supp.2d 1349, 1355 (M.D. Fla. 2001); Gorham v. Edwards, 160 F.Supp. 928, 931 (S.D.N.Y. 1958); see generally Huchon v. Jankowski, 2007 WL 221421 (S.D.Fla. 2007).

**BOYD RICHARDS PARKER & COLONNELLI, P.L.**

| **MIAMI** | **FT. LAUDERDALE** | **TAMPA** | **WEST PALM BEACH** | **NEW YORK** |
|---|---|---|---|---|
| 100 S.E. Second Street, Suite 2600 | 1600 W. Commercial Boulevard, Suite 201 | 400 N. Ashley Drive, Suite 1150 | 824 U.S. Highway One, Suite 100 | 7 Times Square, 19th Floor |
| Miami, Florida 33131 | Fort Lauderdale, Florida 33302 | Tampa, Florida 33602 | North Palm Beach, Florida 33408 | New York, New York 10036 |
| Tel: 786-425-1045 Fax: 786-425-3905 | Tel: 954-848-2460 Fax: 954-848-2470 | Tel: 813-223-6021 Fax: 813-223-6024 | Tel: 561-624-8233 Fax: 561-624-8940 | Tel: (212) 400-0626 |

## AMOUNT IN CONTROVERSY

7.     The Amended Complaint, ¶1, alleges only that this is an action for damages in excess of $15,000, which is the State court jurisdictional threshold.  However, in the Amended Complaint, Plaintiff alleges that the available underinsured/uninsured policy limits of $100,000/$300,000 are insufficient and/or inadequate to compensate the Plaintiff for all of the injuries and damages she allegedly sustained as a result of the July 22, 2018, motor vehicle collision, thereby making the amount in controversy in this case in excess of $75,000.  See Composite Ex. B.

## TIMLINESS

8.     Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY, accepted service of process by responding to the Plaintiff's Complaint with an Answer and Affirmative Defenses on February 27, 2019.     This Notice of Removal is being timely filed within thirty (30) days after February 27, 2019.

## PROCEDURAL MATTERS

9.     A copy of all process, pleadings, and orders served upon the Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY, is attached hereto as Composite Exhibit C.

10.     PROGRESSIVE AMERICAN INSURANCE COMPANY will give written notice of the filing of this notice as required by U.S.C. §1446(d).

11.     A copy of this notice will be filed with the Clerk of the Circuit Court, in and for Palm Beach County, Florida, as required by 28 U.S.C. §1446(d).

**BOYD RICHARDS PARKER & COLONNELLI, P.L.**

| **MIAMI** | **FT. LAUDERDALE** | **TAMPA** | **WEST PALM BEACH** | **NEW YORK** |
|---|---|---|---|---|
| 100 S.E. Second Street, Suite 2600 | 1600 W. Commercial Boulevard, Suite 201 | 400 N. Ashley Drive, Suite 1150 | 824 U.S. Highway One, Suite 100 | 7 Times Square, 19th Floor |
| Miami, Florida 33131 | Fort Lauderdale, Florida 33302 | Tampa, Florida 33602 | North Palm Beach, Florida 33408 | New York, New York 10036 |
| Tel: 786-425-1045 Fax: 786-425-3905 | Tel: 954-848-2460 Fax: 954-848-2470 | Tel: 813-223-6021 Fax: 813-223-6024 | Tel: 561-624-8233 Fax: 561-624-8940 | Tel: (212) 400-0626 |

WHEREFORE, PROGRESSIVE AMERICAN INSURANCE COMPANY, a Foreign Profit Corporation, respectfully requests this action be removed to this Court.

**WE HEREBY CERTIFY** that a copy of the foregoing was filed with the Clerk of the Court using the Florida Courts E-Filing Portal on March 8, 2019, to be served this date on Mark Hanson, Esq., Gordon & Partners P.A., 3309 Northlake Boulevard #207, Palm Beach Gardens FL 33403;  via transmission of Notice of Electronic Filing generated by eservice@myflcourtaccess.com and/or was sent by electronic mail to the above addressee.

BOYD RICHARDS PARKER & COLONNELLI, P.L.
Attorneys for Defendant
1600 W. Commercial Boulevard, Suite 201
Fort Lauderdale, FL 33309
(954) 848-2460
(954) 848-2470 FAX
Service of pleadings: serviceFLL@boydlawgroup.com


BY: */s/John Richards*
        JOHN H. RICHARDS

---

**BOYD RICHARDS PARKER & COLONNELLI, P.L.**

| **MIAMI** | **FT. LAUDERDALE** | **TAMPA** | **WEST PALM BEACH** | **NEW YORK** |
|---|---|---|---|---|
| 100 S.E. Second Street, Suite 2600 | 1600 W. Commercial Boulevard, Suite 201 | 400 N. Ashley Drive, Suite 1150 | 824 U.S. Highway One, Suite 100 | 7 Times Square, 19th Floor |
| Miami, Florida 33131 | Fort Lauderdale, Florida 33302 | Tampa, Florida 33602 | North Palm Beach, Florida 33408 | New York, New York 10036 |
| Tel: 786-425-1045 Fax: 786-425-3905 | Tel: 954-848-2460 Fax: 954-848-2470 | Tel: 813-223-6021 Fax: 813-223-6024 | Tel: 561-624-8233 Fax: 561-624-8940 | Tel: (212) 400-0626 |

# F100000004045

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



800185054558

09/09/10---01010--022   **70.00

09/09/10--01010---023   **26.25

RECEIVED
DEPARTMENT OF STATE
DIVISION OF CORPORATIONS
2010 SEP -9 AM 11: 25
NOT INTENDED
TO ACKNOWLEDGE
SUFFICIENCY OF FILING

FILED
2010 SEP -9 AM 9: 50
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

J. Shivers SEP 10 2010

Exhibit "A"

 **CT Corporation**

1203 Governors Square Blvd.
Tallahassee, FL 32301-2960

850 222 1092 tel
850 878 5368 fax
www.ctlegalsolutions.com

September 9, 2010

*CT*

Department of State, Florida
Clifton Building
2611 Executive Center Circle
Tallahassee FL  32301

*+ please provide (3) three certified copies*

Re:   Order #:   7925366 SO
       Customer Reference 1:   ..............
       Customer Reference 2:   None Given

Dear Department of State, Florida:

Please obtain the following:

        Progressive American Insurance Company (FL)
        Misc - Domestic Corporate Filing
        Florida

Enclosed please find a check for the requisite fees.  Please return document(s) to the attention of the undersigned.

If for any reason the enclosed cannot be processed upon receipt, please contact the undersigned immediately at (850) 222-1092.  Thank you very much for your help.

Sincerely,

Freddy Morales
Corporate Operations Mgr.
freddy.morales@wolterskluwer.com

 CT Corporation

1203 Governors Square Blvd.
Tallahassee, FL 32301-2960

850 222 1092 tel
850 878 5368 fax
www.ctlegalsolutions.com

September 9, 2010

**CT**

Department of State, Florida
Clifton Building
2611 Executive Center Circle
Tallahassee FL 32301

✓ *please provide (3) three certified copies*

Re:     Order #:   7925366 SO
        Customer Reference 1:   ..............
        Customer Reference 2:   None Given

Dear Department of State, Florida:

Please obtain the following:

        Progressive American Insurance Company (FL)
        Misc - Domestic Corporate Filing -
        Florida

Enclosed please find a check for the requisite fees.  Please return document(s) to the attention of the undersigned.

If for any reason the enclosed cannot be processed upon receipt, please contact the undersigned immediately at (850) 222-1092.  Thank you very much for your help.

Sincerely,

Freddy Morales
Corporate Operations Mgr.
freddy.morales@wolterskluwer.com

## APPLICATION BY FOREIGN CORPORATION FOR AUTHORIZATION TO TRANSACT BUSINESS IN FLORIDA

*IN COMPLIANCE WITH SECTION 607.1503, FLORIDA STATUTES, THE FOLLOWING IS SUBMITTED TO REGISTER A FOREIGN CORPORATION TO TRANSACT BUSINESS IN THE STATE OF FLORIDA.*

1. Progressive American Insurance Company
   (Enter name of corporation; must include "INCORPORATED," "COMPANY," "CORPORATION," "Inc.," "Co.," "Corp," "Inc," "Co," or "Corp.")

   (If name unavailable in Florida, enter alternate corporate name adopted for the purpose of transacting business in Florida)

2. Ohio
   (State or country under the law of which it is incorporated)

3. 34-1094197
   (FEI number, if applicable)

4. August 25, 1971
   (Date of incorporation)

5. Perpetual
   (Duration:  Year corp. will cease to exist or "perpetual")

6. Please see Attachment A
   (Date first transacted business in Florida, if prior to registration)
   (SEE SECTIONS 607.1501 & 607.1502, F.S., to determine penalty liability)

7. 6300 Wilson Mills Road, Mayfield Village, Ohio 44143
   (Principal office address)

   6300 Wilson Mills Road, Mayfield Village, Ohio 44143
   (Current mailing address)

8. Insurance Company
   (Purpose(s) of corporation authorized in home state or country to be carried out in state of Florida)

9. Name and street address of Florida registered agent:  (P.O. Box NOT acceptable)

   Name:  Chief Financial Officer

   Office Address:  200 East Gaines Street

   Tallahassee , Florida 32399
   (City)          (Zip code)

10. **Registered agent's acceptance:**
    *Having been named as registered agent and to accept service of process for the above stated corporation at the place designated in this application, I hereby accept the appointment as registered agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.*

    _____
    (Registered agent's signature)

11. Attached is a certificate of existence duly authenticated, not more than 90 days prior to delivery of this application to the Department of State, by the Secretary of State or other official having custody of corporate records in the jurisdiction under the law of which it is incorporated.

12. Names and business addresses of officers and/or directors:

**A. DIRECTORS**

Chairman: <u>Please see Attachment B</u>

Address: _____

_____

Vice Chairman: _____

Address: _____

_____

Director: _____

Address: _____

_____

Director: _____

Address: _____

_____

**B. OFFICERS**

President: <u>Please see Attachment C</u>

Address: _____

_____

Vice President: _____

Address: _____

_____

Secretary: _____

Address: _____

Treasurer: _____

Address: _____

**NOTE:** If necessary, you may attach an addendum to the application listing additional officers and/or directors.

13. _____ *Kathleen M. Cerny* _____
(Signature of Director or Officer listed in number 12 of the application)

14. Kathleen M. Cerny, Assistant Secretary
(Typed or printed name and capacity of person signing application)

**ATTACHMENT A**
(to Question 6)

Progressive American Insurance Company had been incorporated in the State of Florida on August 25, 1971 for the purpose of transacting property and casualty insurance. Per prior approval of the Florida Department of Insurance, on August 30, 2010, the Company had redomesticated from the State of Florida to the State of Ohio. Therefore, pursuant to instructions received from the Florida Department of State, the Company had been dissolved as a Florida domestic company and is hereby requesting qualification as a foreign corporation in Florida.

2010 SEP -9 AM 9:50
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

**ATTACHMENT B**
**(to Question 12A)**

**Director:**   Karen M. Barone
**Address:**    300 North Commons Boulevard, Mayfield Village, Ohio 44143

**Director:**   Kathryn M. Lemieux
**Address:**    300 North Commons Boulevard, Mayfield Village, Ohio 44143

**Director:**   Daniel P. Mascaro
**Address:**    300 North Commons Boulevard, Mayfield Village, Ohio 44143

**Director:**   David L. Pratt
**Address:**    300 North Commons Boulevard, Mayfield Village, Ohio 44143

**Director:**   David J. Skove
**Address:**    200 Westgate Parkway, Suite 300, Richmond, Virginia 23233

2010 SEP -9 AM 9: 50
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

FILED

## ATTACHMENT C
### (to Question 12B)

RECEIVED
2010 SEP -9  AM 9: 51
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

**Chairman &
President:**          David J. Skove
Address:             200 Westgate Parkway, Ste 300, Richmond, Virginia 23233

**Secretary:**        Dane A. Shrallow
Address:             6300 Wilson Mills Road, Mayfield Village, Ohio 44143

**Treasurer:**        Thomas A. King
Address:             6300 Wilson Mills Road, Mayfield Village, Ohio 44143

**Vice President:**   Mary B. Andreano
Address:             6300 Wilson Mills Road, Mayfield Village, Ohio 44143

**Vice President:**   Karen M. Barone
Address:             300 North Commons Blvd., Mayfield Village, Ohio 44143

**Vice President:**   Sarah E. Frye
Address:             5910 Landerbrook Drive, Mayfield Heights, Ohio 44124

**Asst. Secretary:**  Kathleen M. Cerny
Address:             6300 Wilson Mills Road, Mayfield Village, Ohio 44143

**Asst. Vice President:** Kathleen L. Kuhlman
Address:             6300 Wilson Mills Road, Mayfield Village, Ohio 44143

**Asst. Vice President:** Ronald M. Wells
Address:             6300 Wilson Mills Road, Mayfield Village, Ohio 44143

# SERVICE OF PROCESS CONSENT & AGREEMENT

### (Please type or print all information clearly)

☑ Original Designation ☐ Insurer Name Change ☐ Merger / Acquisition ☐ Update Delivery Information

Insurer or Company Name: __Progressive American Insurance Company__
Previous Name (If applicable):
Home Office Address: __6300 Wilson Mills Road__
City, State, Zip __Mayfield Village, OH 44143__
__34-1094197__          __09412__          __440-461-5000__
_FEI #_          _FL Company Code_          _Telephone #_

Know all men by these present, that the insurer or other entity named above is subject to the statutory agent for service of process provisions of the Florida Insurance Code duly organized and existing under and by virtue of the laws of the state of domicile.

Said entity does hereby agree and consent that actions may be commenced against it in any court having jurisdiction in any county in the State of Florida, in which a cause of action may arise, or in which the plaintiff may reside, by the service of process upon the Chief Financial Officer of the State of Florida. Said entity also hereby stipulates and agrees that any and all process so served shall be taken and held in all Courts to be as valid and binding upon this insurer or other entity as if personal service had been made upon the President or Secretary, or any other duly authorized and accredited officer thereof.

The undersigned hereby further agrees and stipulates that this agreement is and shall remain irrevocable, so long as there is liability, under any policy, claim or cause of action within this state, either fixed or contingent. Said insurer or other entity does hereby designate the following as the name and address of the person to whom all process is to be forwarded when process is served upon said Chief Financial Officer of the State of Florida on behalf of the above named insurer or entity. **In the event of a change in the name of the insurer or the designation of the person to whom process is to be forwarded, whether it be name, address, and/or phone or fax numbers, the insurer or company shall immediately file a new agreement form with the Chief Financial Officer of the State of Florida at the address shown at the bottom of this page.**

| | |
|---|---|
| Designated Person to receive process: __CFO, Florida Division of Insurance__ | E-Mail Address: __Floir.com__ <br> Phone#: __850-413-3140__ Fax# |
| Mailing Address: __200 East Gaines Street__ <br> __Tallahassee, FL 32399__ | Street Address: __200 East Gaines Street__ <br> __Tallahassee, FL 32399__ |
| Signature: | _I hereby consent and agree to be the person to whom process served upon the Chief Financial Officer of the State of Florida for said entity, may be forwarded._ |

In Witness Whereof, we, the President or Chief Executive Officer and Secretary of said insurer or other entity, being duly authorized by the Board of Directors or governing body of this entity to execute this document, have hereunto set our hands and affixed the seal of said insurer or other entity on this the __2nd__ day of __September__, A.D. __2010__.

SEAL

Vice **President or CEO's Signature**
Vice **Karen M. Barone**
     **President or CEO's Name(Typed or Printed)**

Asst. **Secretary's Signature**
Asst. **Kathleen M.Cerny**
     **Secretary's Name (Typed or Printed)**
_Any signatures other than the President, CEO, or Secretary for the Company must be validated by the attachment of a resolution of the Board of Directors or Governing body of said company delegating the authority to sign for the company_

OIR-C1-144
Rev 06/2004

# United States of America
# State of Ohio
# Office of the Secretary of State

*I, Jennifer Brunner, do hereby certify that I am the duly elected, qualified and present acting Secretary of State for the State of Ohio, and as such have custody of the records of Ohio and Foreign business entities; that said records show PROGRESSIVE AMERICAN INSURANCE COMPANY, an Ohio corporation, Charter No. 1959405, having its principal location in Mayfield Village, County of Cuyahoga, was incorporated on August 30, 2010 and is currently in GOOD STANDING upon the records of this office.*



*Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 7th day of September, A.D. 2010*

**Ohio Secretary of State**

**Validation Number: V2010250SD9885**

Feb. 7. 2019  1:09PM    Gordon & Doner  (561) 799-5763          No. 8288   P. 1/19

Filing # 84558103 E-Filed 02/07/2019 10:27:04 AM

IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT, IN AND FOR PALM BEACH
COUNTY, FLORIDA.
CIVIL DIVISION

Case No.: 502019CA000294XXXXMBAF

LAUREN WOODS,

    Plaintiff,

v.

PROGRESSIVE AMERICAN INSURANCE
COMPANY,

    Defendant,

    _____/

# CLAIM #: 181715696

## AMENDED COMPLAINT

COMES NOW, Plaintiff, LAUREN WOODS, and sues the Defendant, PROGRESSIVE

AMERICAN INSURANCE COMPANY, and alleges as follows:

## GENERAL ALLEGATIONS

1.    This is an action for damages in excess of fifteen thousand dollars ($15,000.00),

exclusive of costs and interest.

2.    Plaintiff, LAUREN WOODS, at all times material hereto was a resident of Martin

County, Florida.

3.    Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY, at all times

material hereto was and is a foreign corporation authorized to and doing business in the State of

Florida, including Palm Beach County.

4.    The collision that is the subject of this complaint occurred in Palm Beach County,

Florida.

## COUNT I
## UNINSURED/UNDERINSURED MOTORIST COVERAGE

1



Exhibit "B"

5.      Plaintiff hereby adopts paragraphs one (1) through four (4), above by reference as though fully set forth herein.

6.      At all times material hereto, and on March 18, 2018, there was in full force and effect a policy of insurance provided by PROGRESSIVE AMERICAN INSURANCE COMPANY, Policy Number: 20420580, which included Stackable Uninsured/Underinsured Motorist Coverage in the amount of $100,000.00 each person / $300,000.00 each occurrence (stacking with three vehicles), which would compensate and inure to the benefit of Plaintiff for injuries, medical bills, and related damages as a result of a collision involving an underinsured/uninsured motorist. (A copy of the Policy is attached hereto as Exhibit A")

7.      At the time and place of the collision described above, at-fault driver, PATRICIA RIORDAN, was underinsured owner/motorist and responsible for causing the subject collision and resulting damages to Plaintiff, entitling Plaintiff, LAUREN WOODS, to make a claim for uninsured/underinsured motorist benefits under the policy of insurance with the Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY.

8.      Prior to initiating this action, the Plaintiff, LAUREN WOODS, has performed all conditions precedent (including making a demand upon Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY), and/or conditions precedent have been waived by Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY, or alternatively, Plaintiff, LAUREN WOODS, has been ready, willing and able to perform in accordance with the terms and conditions of the subject policy of insurance with Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY

9.      Despite the above, the Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY has refused and still refuses to fully compensate Plaintiff, LAUREN WOODS, for the damages she sustained for which she is entitled to recover pursuant to the subject policy of insurance, specifically set forth in Paragraphs 6 above.

2

## COUNT II

### CLAIM FOR BAD FAITH PURSUANT TO FLORIDA STATUTE §624.155 AGAINST PROGRESSIVE AMERICAN INSURANCE COMPANY

10.    Plaintiff incorporates the allegations contained in Paragraphs 1 through 9 as though fully set forth herein.

11.    As a result of the aforementioned motor vehicle collision, LAUREN WOODS made a claim with the PROGRESSIVE AMERICAN INSURANCE COMPANY under the aforementioned insurance policy for underinsured motorist benefits.

12.    In response to the LAUREN WOODS's claim for underinsured motorist benefits PROGRESSIVE AMERICAN INSURANCE COMPANY declined to make a settlement.

13.    Two Civil Remedy Notices of Insurer Violation form was sent on LAUREN WOODS's behalf to the Florida Department of Financial Services. Attached hereto as Exhibit "B" is a copy of the Department's September 7, 2018 and September 28, 2018 acceptance.

14.    The Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY was provided with a copy of the aforementioned Civil Remedy Notice of Insurer Violation form. Attached hereto as Exhibit "C" is a copy of PROGRESSIVE AMERICAN INSURANCE COMPANY letter dated November 19, 2018, acknowledging receipt of the Civil Remedy Notice of Insurer Violation Form.

15.    The Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY, failed to tender the uninsured motorist coverage limits of $300,000.00 to the Plaintiff within 60 days of receipt of the aforementioned Civil Remedy Notice of Insurer Violation form.

16.    The settlement offer was rejected and LAUREN WOODS commenced this lawsuit against PROGRESSIVE AMERICAN INSURANCE COMPANY.

17.    Florida Statute §624.155(1)(b)1 states as follows:

(1)    Any person may bring a civil action against an insurer when such person is damaged....

3

(b)    By the commission of any of the following acts by the insurer.

18.    Not attempting in good faith to settle claims when, under all the circumstances, it could and should have done so, had it acted fairly and honestly toward its insured and with due regard for her or his interests.

19.    Upon issuance of the policy, Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY became obligated to comply with the duties of good faith set forth in Florida Statute §624.155(1)(b)1.

20.    Upon issuance of the policy and pursuant to Florida Statute §624.155(1)(b)1, the Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY had a continuing duty to act fairly and honestly toward its insured, the Plaintiff, LAUREN WOODS, and to attempt to settle her claim when, under all of the circumstances, it could and should have done so, had it acted fairly and honestly toward the Plaintiff and with due regard for her interests.

21.    Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY, breached its continuing duties under Florida Statute §624.155(1)(b)1 and the subject policy of insurance by not attempting in good faith to settle the Plaintiff's claim when, under all of the circumstances, it could and should have done so, had it acted fairly and honestly toward the Plaintiff and with due regard for her interests.

22.    Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY, breached its continuing duties of good faith by, including but not limited to: improperly handling the claim; refusing to settle the claim in a timely manner; never timely paying the claim; and failing to make payment of the $300,000.00 underinsured motorist coverage policy limits in light of the clear liability of the underinsured tortfeasor, the severity of the injuries suffered and the damages sustained by the Plaintiff.

23.    Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY, further breached its duties to the Plaintiff by failing to tender its $300,000.00 underinsured motorist

4

coverage policy limits to the Plaintiff within sixty (60) days of receiving the Civil Remedy Notice of Insurer Violation form.

24.    As a direct and proximate result of the acts and/or omissions of the Defendant, PROGRESSIVE, as set forth above, the Plaintiff has been damaged.

25.    Plaintiff has performed all conditions precedent to the bringing of this action under Florida Statute §624.155.

26.    As a result of the conduct of the Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY, referred to above, the Plaintiff has suffered actual, consequential and incidental damages including, but not limited to:

    a.    the total amount of the damages awarded by a jury, including the amount in excess of the policy limits;

    b.    interest on the amount of the award made by a jury;

    c.    additional costs incurred by the Plaintiff in the underlying lawsuit; and;

    d.    other incidental and consequential damages.

27.    Plaintiff has retained the law firm of Gordon and Partners, P.A. to represent her in this action and is entitled to recover reasonable attorneys' fees and costs for services rendered by such counsel for this claim pursuant to the policy and Florida Statute §627.428, §624.155(4) and/or §627.727(10).

WHEREFORE, the Plaintiff, LAUREN WOODS, demands judgment for damages against the Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY, in a sum in excess of Fifteen Thousand Dollars ($15,000.00), attorneys' fees, costs, prejudgment interest as authorized by law, and such other and further relief as this Court deems just and proper and demands trial by jury.

Received Date: 02/07/2019

WHEREFORE, the Plaintiff demands judgment against the Defendant, PROGRESSIVE

AMERICAN INSURANCE COMPANY, for damages in excess of Fifteen Thousand Dollars

($15,000.00), plus costs incurred herein and any other relief this court deems fit and proper.

## DEMAND FOR TRIAL BY JURY

Plaintiff, LAUREN WOODS, hereby demands a trial by jury of all issues so triable as a

matter of right.

> Gordon & Partners, P.A.
> 3309 Northlake Boulevard, Suite 207
> Palm Beach Gardens, FL  33403
> (561) 799-5070 / fax (561) 799-5763
> Attorneys for Plaintiff
>
> /s/Mark Hanson
> Mark Hanson, Esq.
> Florida Bar Number: 621651
> MRH.Pleadings@fortheinjured.com
> MHanson@fortheinjured.com
> mweschrek@fortheinjured.com

6

Received Date: 02/07/2019

Feb. 7. 2019  1:10PM    Gordon & Doner  (561) 799-5763    No. 8288   P. 7/19

LIVINGS INS CORP
2646 SW MAPP RD #101
PALM CITY, FL 34990

**PROGRESSIVE**
*AUTO*

Policy Number: 20420580
Underwritten by:
Progressive American Insurance Co
November 10, 2017
Policy Period: Dec. 13, 2017 - Jun 13, 2018
Page 1 of 3

SUSAN WOODS
MICHAEL WOODS
PO BOX 812
HOBE SOUND, FL 33475

1-772-221-0000
LIVINGS INS CORP
Contact your agent for personalized service.

progressiveagent.com
Online Service
Make payments, check billing activity, update
policy information or check status of a claim.

1-800-274-4499
To report a claim.

# Auto Insurance
# Coverage Summary
## This is your Renewal
## Declarations Page

The coverages, limits and policy period shown apply only if you pay for this policy to renew.

Your coverage begins on December 13, 2017 at 12:01 a.m. This policy expires on June 13, 2018 at 12:01 a.m.

Your insurance policy and any policy endorsements contain a full explanation of your coverage. The policy limits shown for a vehicle
may not be combined with the limits for the same coverage on another vehicle, unless the policy contract or endorsements indicate
otherwise. The policy contract is form 9611A FL (07/13). The contract is modified by form A139 FL (06/14).

## Drivers and resident relatives

| | Additional information |
|---|---|
| Susan Woods | Named Insured |
| Michael Woods | Named Insured |
| Lauren Woods | |

## Outline of coverage

2013 HYUNDAI ELANTRA 4 DOOR HATCHBACK
VIN: KMHD35LE3DU023411
Garaging ZIP Code: 33455
Primary use of the vehicle: Pleasure

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | |
| Bodily Injury Liability | $100,000 each person/$300,000 each accident | | $217 |
| Property Damage Liability | $50,000 each accident | | 92 |
| Personal Injury Protection/Deductible applies to | $10,000 | $0 | 54 |
| Named Insured/Spouse/Dependent Resident Relatives | | | |
| Uninsured Motorist - Stacked | $100,000 each person/$300,000 each accident | | 281 |
| Medical Payments | $10,000 each person | | 17 |
| Comprehensive | Actual Cash Value | $250 | 38 |
| Collision | Actual Cash Value | $500 | 105 |
| Rental Reimbursement | up to $30 each day/maximum 30 days | | 11 |
| Total premium for 2013 HYUNDAI | | | $815 |

EXHIBIT
4

Form 6489 FL (02/16)



Received Date: 02/07/2019

Feb. 7. 2019  1:11PM    Gordon & Doner  (561) 799-5763                    No. 8288    P. 8/19

Policy Number: 20420580
Susan Woods
Michael Woods
Page 2 of 3

**2016 CHEVROLET EXPRESS G2500 CARGO VAN**
VIN: 1GCWGAFF4G1162063
Garaging ZIP Code: 33455
Primary use of the vehicle: Commute

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | |
| Bodily Injury Liability | $100,000 each person/$300,000 each accident | | $232 |
| Property Damage Liability | $50,000 each accident | | 89 |
| Personal Injury Protection/Deductible applies to | $10,000 | $0 | 35 |
| Named Insured/Spouse/Dependent Resident Relatives | | | |
| Uninsured Motorist - Stacked | $100,000 each person/$300,000 each accident | | 201 |
| Medical Payments | $10,000 each person | | 9 |
| Comprehensive | Actual Cash Value | $250 | 33 |
| Collision | Actual Cash Value | $500 | 90 |
| Rental Reimbursement | up to $30 each day/maximum 30 days | | 12 |
| Total premium for 2016 CHEVROLET | | | **$701** |

**2017 HYUNDAI ELANTRA 4 DOOR SEDAN**
VIN: 5NPD84LF4HH871489
Garaging ZIP Code: 33455
Primary use of the vehicle: Pleasure
Length of vehicle ownership when policy started or vehicle added: At least 1 month but less than 1 year

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | |
| Bodily Injury Liability | $100,000 each person/$300,000 each accident | | $213 |
| Property Damage Liability | $50,000 each accident | | 83 |
| Personal Injury Protection/Deductible applies to | $10,000 | $0 | 43 |
| Named Insured/Spouse/Dependent Resident Relatives | | | |
| Uninsured Motorist - Stacked | $100,000 each person/$300,000 each accident | | 276 |
| Medical Payments | $10,000 each person | | 13 |
| Comprehensive | Actual Cash Value | $250 | 43 |
| Collision | Actual Cash Value | $500 | 116 |
| Rental Reimbursement | up to $30 each day/maximum 30 days | | 12 |
| Total premium for 2017 HYUNDAI | | | **$799** |
| Total 6 month policy premium | | | **$2,315.00** |
| Discount if paid in full | | | **-$86.00** |
| Total 6 month policy premium if paid in full | | | **$1,729.00** |

**Premium discounts**

| Policy | |
|---|---|
| 20420580 | Five-Year Claim Free; Home Owner, Multi-Car; Continuous Insurance; Diamond and Three-Year Safe Driving |

| Vehicle | |
|---|---|
| 2013 HYUNDAI ELANTRA | Anti-Lock Brakes and Driver and Passenger-side Airbag |
| 2016 CHEVROLET EXPRESS G2500 | Anti-Lock Brakes, Driver and Passenger-side Airbag and Passive Anti-Theft Device |
| 2017 HYUNDAI ELANTRA | Anti-Lock Brakes, Driver and Passenger-side Airbag and Passive Anti-Theft Device |

Form 6489 FL (09/16)


Continued

Received Date: 02/07/2019

Feb. 7. 2019  1:11PM    Gordan & Doner (561) 799-5763           No. 8288    P. 9/19

Policy Number: 20420580
Susan Woods
Michael Woods
Page 3  of 3

**Lienholder information**

| Vehicle | Lienholder |
|---|---|
| 2013 HYUNDAI ELANTRA | CAPITAL ONE AUTO FIN |
| KMHD35LE3DU023411 | MINNEAPOLIS, MN 55439 |

**Policyholder inquiries**

You may call your agent at 1-772-221-0000 to present inquiries or obtain information about coverage, and to obtain
assistance with any complaints.

**Agent signature**

**Company officers**

Secretary

form 6489 FL (05/16)

Received Date: 02/07/2019

Feb. 7. 2019  1:11PM    Gordon & Doner  (561) 799-5763                    No. 8288    P. 10/19



**FLORIDA**
DEPARTMENT OF
**FINANCIAL SERVICES**

**Civil Remedy Notice of Insurer Violations**

Filing Number:    405356

Filing Accepted:    9/7/2018

Warning! Information submitted as part of this civil remedy notice is a public record. Data entered into this form will be displayed on the DFS website for public review. Please DO NOT enter Social Security Numbers, personal medical information, personal financial information or any other information you do not want available for public review.

☑ The submitter hereby states that this notice is given in order to perfect the rights of the person(s) damaged to pursue civil remedies authorized by Section 624.155, Florida Statutes.

| Complainant | |
|---|---|
| Name: | MARK HANSON |
| Street Address: | 3309 NORTHLAKE BLVD. SUITE 207 |
| City, State Zip: | PALM BEACH GARDENS, FL 33403 |
| Email Address: | KDORCAS@FORTHEINJURED.COM |
| Complainant Type: | Third Party |

| Insured | |
|---|---|
| Name: | LAUREN WOODS |
| Policy #: | 20420580 |
| Claim #: | 181715696 |

| Attorney | |
|---|---|
| Name: | MARK HANSON |
| Street Address: | 3309 NORTHLAKE BLVD. SUITE 207 |
| City, State Zip: | PALM BEACH GARDENS, FLORIDA  33403 |
| Email Address: | KDORCAS@FORTHEINJURED.COM |

| Notice Against | |
|---|---|
| Insurer Type: | Authorized Insurer |
| Name: | PROGRESSIVE AMERICAN INSURANCE COMPANY |
| Street Address: | |
| City, State Zip: | ; |

Please identify the person or persons representing the insurer who are most responsible for/knowledgeable of the facts giving rise to the allegations in this notice.

**EDUARDO LOPEZ, ADJUSTER OR MANAGER**

Type of Insurance:    Auto

DFS-10-363
Rev. 11/2007

EXHIBIT
B

Received Date: 02/07/2019

Feb. 7. 2019 1:12PM Gordon & Doner (561) 799-5763 No. 8288 P. 11/19



**FLORIDA**
DEPARTMENT OF
**FINANCIAL SERVICES**

Civil Remedy Notice of Insurer Violations

Filing Number: 405355

**Reason for Notice**

Reasons for Notice:

**Claim Denial**

**Claim Delay**

**Unsatisfactory Settlement Offer**

**Unfair Trade Practice**

**PURSUANT TO SECTION 624.155, F.S.** please indicate all statutory provisions alleged to have been violated.

| | |
|---|---|
| 624.155(1)(b)(1) | Not attempting in good faith to settle claims when, under all the circumstances, it could and should have done so, had it acted fairly and honestly toward its insured and with due regard for her or his interests. |
| 626.9541(1)(i)(3)(a) | Failing to adopt and implement standards for the proper investigation of claims. |
| 626.9541(1)(i)(3)(b) | Misrepresenting pertinent facts or insurance policy provisions relating to coverages at issue. |
| 626.9541(1)(i)(3)(c) | Failing to acknowledge and act promptly upon communications with respect to claims. |
| 626.9541(1)(i)(3)(d) | Denying claims without conducting reasonable investigations based upon available information. |
| 626.9541(1)(i)(3)(f) | Failing to promptly provide a reasonable explanation in writing to the insured of the basis in the insurance policy, in relation to the facts or applicable law, for denial of a claim or for the offer of a compromise settlement. |

Reference to specific policy language that is relevant to the violation, if any. If the person bringing the civil action is a third party claimant, she or he shall not be required to reference the specific policy language if the authorized insurer has not provided a copy of the policy to the third party claimant pursuant to written request.

THIS POLICY INCLUDES UNINSURED/UNDERINSURED MOTORISTS COVERAGE. THIS POLICY MEANS YOU, A RELATIVE OR A RATED RESIDENT; IF YOU PAY THE PREMIUM FOR THIS COVERAGE, WE (PROGRESSIVE AUTO INSURANCE) WILL PAY FOR DAMAGES, OTHER THAN PUNITIVE OR EXEMPLARY DAMAGES, THAT AN INJURED PERSON IS LEGALLY ENTITLED TO RECOVER FROM THE OWNER OR OPERATOR OF AN UNINSURED MOTOR VEHICLE BECAUSE OF BODILY INJURY; SUSTAINED BY AN INJURED PERSON; CAUSED BY AN ACCIDENT; AND ARISING OUT OF THE OWNERSHIP, MAINTENANCE, OR USE OF AN UNINSURED MOTOR VEHICLE. WE (PROGRESSIVE AUTO INSURANCE) WILL PAY UNDER THIS PART III ONLY AFTER THE LIMITS OF LIABILITY UNDER ALL APPLICABLE BODILY INJURY LIABILITY BONDS AND POLICIES HAVE BEEN EXHAUSTED BY PAYMENT OF JUDGMENTS OR SETTLEMENTS.

To enable the insurer to investigate and resolve your claim, describe the facts and circumstances giving rise to the insurer's violation as you understand them at this time.

DFS-10-363
Rev. 11/2007

Received Date: 02/07/2019

OUR CLIENT WAS INVOLVED IN A MOTOR VEHICLE ACCIDENT. OUR CLIENT WAS SEVERELY INJURED WHEN STRUCK BY A CAR. HER INJURIES AND MEDICAL BILLS FAR EXCEED THE TORTFEASOR'S POLICY LIMITS OF $100,000.00 BI TENDERED AND UM WAIVED SUBROGATION. AND THE CASE EXCEEDS THAT AMOUNT AND BY AT LEAST THE AMOUNT OF THE UM LIMITS. OUR CLIENT WENT TO MEDICAL PROFESSIONALS AND WAS DIAGNOSED WITH A HERNIATION AT C3-4 DEFORMING THE VENTRAL SAC, C4-5 WITH AN ANNULAR TEAR, C5-6 WITH AN ANNULAR TEAR AND DEFORMING THECAL SAC AND HERNIATION AT L5-S1 THUS CAUSING HER TO UNDERGO TWO (2) LEVEL ANTERIOR CERVICAL DISCECTOMY FUSION AT C4-5 & C5-6 AS WELL AS TWO (2) BILATERALLY LUMBAR INJECTIONS. HER MEDICAL BILLS EXCEED $160,000.00 AND ARE STILL COMING IN.

**Comments**

| User Id. | Date Added | Comment |
|---|---|---|
|  |  |  |

DFS-10-363
Rev. 11/2007

Received Date: 02/07/2019

Feb. 7. 2019  1:13PM    Gordon & Doner  (561) 799-5763                No. 8288   P. 13/19



**FLORIDA**
DEPARTMENT OF
**FINANCIAL SERVICES**

**Civil Remedy Notice of Insurer Violation**

Filing Number:    **407686**

Filing Accepted:   **9/28/2018**

Warning! Information submitted as part of this civil remedy notice is a public record. Data entered into this form will be displayed on the DFS website for public review. Please DO NOT enter Social Security Numbers, personal medical information, personal financial information or any other information you do not want available for public review.

☑ The submitter hereby states that this notice is given in order to perfect the rights of the person(s) damaged to pursue civil remedies authorized by Section 624.155, Florida Statutes.

**Complainant**

| | |
|---|---|
| Name: | **MARK HANSON** |
| Street Address: | **3309 NORTHLAKE BLVD. SUITE 207** |
| City, State Zip: | **PALM BEACH GARDENS, FL 33403** |
| Email Address: | **KDORCAS@FORTHEINJURED.COM** |
| Complainant Type: | **Third Party** |

**Insured**

| | |
|---|---|
| Name: | **LAUREN WOODS** |
| Policy #: | **20420580** |
| Claim #: | **181715696** |

**Attorney**

| | |
|---|---|
| Name: | **MARK HANSON** |
| Street Address: | **3309 NORTHLAKE BLVD. SUITE 207** |
| City, State Zip: | **PALM BEACH GARDENS, FLORIDA  33403** |
| Email Address: | **KDORCAS@FORTHEINJURED.COM** |

**Notice Against**

| | |
|---|---|
| Insurer Type: | **Authorized Insurer** |
| Name: | **PROGRESSIVE AMERICAN INSURANCE COMPANY** |
| Street Address: | |
| City, State Zip: | , |

Please identify the person or persons representing the insurer who are most responsible for/knowledgeable of the facts giving rise to the allegations in this notice:

**MARION ALLUMS, ADJUSTER OR MANAGER**

| | |
|---|---|
| Type of Insurance: | **Auto** |

DFS-10-363
Rev. 11/2007

Received Date: 02/07/2019

Feb. 7. 2019  1:13PM    Gordon & Doner  (561) 799-5763                No. 8288   P. 14/19



**FINANCIAL SERVICES**

Civil Remedy Notice of Insurer Violations

Filing Number:     407686

## Reason for Notice

Reasons for Notice:

Claim Denial

Claim Delay

Unsatisfactory Settlement Offer

Unfair Trade Practice

**PURSUANT TO SECTION 624.155, F.S.**  please indicate all statutory provisions alleged to have been violated.

| | |
|---|---|
| 624.155(1)(b)(1) | Not attempting in good faith to settle claims when, under all the circumstances, it could and should have done so, had it acted fairly and honestly toward its insured and with due regard for her or his interests. |
| 626.9541(1)(i)(3)(a) | Failing to adopt and implement standards for the proper investigation of claims. |
| 626.9541(1)(i)(3)(b) | Misrepresenting pertinent facts or insurance policy provisions relating to coverages at issue. |
| 626.9541(1)(i)(3)(c) | Failing to acknowledge and act promptly upon communications with respect to claims. |
| 626.9541(1)(i)(3)(d) | Denying claims without conducting reasonable investigations based upon available information. |
| 626.9541(1)(i)(3)(f) | Failing to promptly provide a reasonable explanation in writing to the insured of the basis in the insurance policy, in relation to the facts or applicable law, for denial of a claim or for the offer of a compromise settlement. |
| 626.9541(1)(i)(3)(g) | Failing to promptly notify the insured of any additional information necessary for the processing of a claim. |

Reference to specific policy language that is relevant to the violation, if any. If the person bringing the civil action is a third party claimant, she or he shall not be required to reference the specific policy language if the authorized insurer has not provided a copy of the policy to the third party claimant pursuant to written request.

THIS POLICY INCLUDES UNINSURED/UNDERINSURED MOTORISTS COVERAGE. THIS POLICY MEANS YOU, A RELATIVE OR A RATED RESIDENT; IF YOU PAY THE PREMIUM FOR THIS COVERAGE, WE (PROGRESSIVE AUTO INSURANCE) WILL PAY FOR DAMAGES, OTHER THAN PUNITIVE OR EXEMPLARY DAMAGES, THAT AN INJURED PERSON IS LEGALLY ENTITLED TO RECOVER FROM THE OWNER OR OPERATOR OF AN UNINSURED MOTOR VEHICLE BECAUSE OF BODILY INJURY: SUSTAINED BY AN INJURED PERSON; CAUSED BY AN ACCIDENT; AND ARISING OUT OF THE OWNERSHIP, MAINTENANCE, OR USE OF AN UNINSURED MOTOR VEHICLE. WE (PROGRESSIVE AUTO INSURANCE) WILL PAY UNDER THIS PART III ONLY AFTER THE LIMITS OF LIABILITY UNDER ALL APPLICABLE BODILY INJURY LIABILITY BONDS AND POLICIES HAVE BEEN EXHAUSTED BY PAYMENT OF JUDGMENTS OR SETTLEMENTS.

To enable the insurer to investigate and resolve your claim, describe the facts and circumstances giving rise to the insurer's violation as you understand them at this time.

DFS-10-363
Rev. 11/2007

Received Date: 02/07/2019

OUR CLIENT WAS INVOLVED IN A MOTOR VEHICLE ACCIDENT. OUR CLIENT WAS SEVERELY INJURED WHEN STRUCK BY A CAR. HER INJURIES AND MEDICAL BILLS FAR EXCEED THE TORTFEASOR'S POLICY LIMITS OF $100,000.00 BI TENDERED AND UM WAIVED SUBROGATION. AND THE CASE CONTINUES TO EXCEED THAT AMOUNT AND BY AT LEAST THE AMOUNT OF THE UM LIMITS. OUR CLIENT WENT TO MEDICAL PROFESSIONALS AND WAS DIAGNOSED WITH A HERNIATION AT C3-4 DEFORMING THE VENTRAL SAC, C4-5 WITH AN ANNULAR TEAR, C5-6 WITH AN ANNULAR TEAR AND DEFORMING THECAL SAC AND HERNIATION AT L5-S1 THUS CAUSING HER TO UNDERGO TWO (2) LEVEL ANTERIOR CERVICAL DISCECTOMY FUSION AT C4-5 & C5-6 AS WELL AS TWO (2) BILATERALLY LUMBAR INJECTIONS, NEUROLOGICAL TESTING AND BONE GROWTH STIMULATION. HER MEDICAL BILLS EXCEED $165,000.00 AND ARE STILL GROWING RAPIDLY.

| Comments | | |
|---|---|---|
| User Id | Date Added | Comment |

DFS-10-363
Rev. 11/2007

Received Date: 02/07/2019

Feb. 7. 2019  1:14PM    Gordon & Doner (561)799-5763                    No.8288   P. 16/19

PROGRESSIVE CLAIMS
1641 WORTHINGTON ROAD
SUITE 200
WEST PALM BEACH, FL 33405

# PROGRESSIVE®

**Underwritten By:**
**Progressive American Insurance**
**Company**

Claim Number: 18-1715696
Loss Date:     March 18, 2018
Document Date: November 19, 2018
Page 1 of 1

GORDON AND DONER PA
MARK HANSON
4114 NORTHLAKE BLVD
PALM BEACH GARDENS, FL 33410

**claims.progressive.com**
Track the status and details of your claim,
e-mail your representative or report a
new claim.

## Claim Information

Enclosed please find a response to the Civil Remedy Notice you filed on September 28, 2018, on behalf of Lauren Woods.

MARION ALLUMS
Claims Department
1-561-402-8076
1-800-PROGRESSIVE (1-800-776-4737)
Fax: 1-561-402-8099
Form 2587 XX (01/00) FL

EXHIBIT

Received Date: 02/07/2019

Feb. 7. 2019  1:14PM    Gordon & Doner (561) 799-5763                    No. 8288    P. 17/19



**FLORIDA**
DEPARTMENT OF
**FINANCIAL SERVICES**

## Civil Remedy Notice Of Insurer Violations

| | |
|---|---|
| Filing Number: | 407686 |
| Filing Accepted: | 9/28/2018 |

Warning! Information submitted as part of this civil remedy notice is a public record. Data entered into this form will be displayed on the DFS website for public review. Please DO NOT enter Social Security Numbers, personal medical information, personal financial information or any other information you do not want available for public review.

☑ The submitter hereby states that this notice is given in order to perfect the rights of the person(s) damaged to pursue civil remedies authorized by Section 624.155, Florida Statutes.

### Complainant

| | |
|---|---|
| Name: | MARK HANSON |
| Street Address: | 3309 NORTHLAKE BLVD, SUITE 207 |
| City, State Zip: | PALM BEACH GARDENS, FL  33403 |
| Email Address: | KDORCAS@FORTHEINJURED.COM |
| Complainant Type: | Third Party |

### Insured

| | |
|---|---|
| Name: | LAUREN WOODS |
| Policy #: | 20420580 |
| Claim #: | 181715696 |

### Attorney

| | |
|---|---|
| Name: | MARK HANSON |
| Street Address: | 3309 NORTHLAKE BLVD, SUITE 207 |
| City, State Zip: | PALM BEACH GARDENS, FLORIDA  33403 |
| Email Address: | KDORCAS@FORTHEINJURED.COM |

### Notice Against

| | |
|---|---|
| Insurer Type: | Authorized Insurer |
| Name: | PROGRESSIVE AMERICAN INSURANCE COMPANY |
| Street Address: | |
| City, State Zip: | |

Please identify the person or persons representing the insurer who are most responsible for/knowledgeable of the facts giving rise to the allegations in this notice.

**MARION ALLUMS, ADJUSTER OR MANAGER**

| | |
|---|---|
| Type of Insurance: | Auto |

DFS-10-363
Rev. 11/2007

Received Date: 02/07/2019

Feb. 7. 2019 1:14PM    Gordon & Doner (561) 799-5763                No. 8288    P. 18/19



**FLORIDA**
DEPARTMENT OF
**FINANCIAL SERVICES**

## Civil Remedy Notice of Insurer Violations

Filing Number:    407666

### Reason for Notice

Reasons for Notice:

**Claim Denial**

**Claim Delay**

**Unsatisfactory Settlement Offer**

**Unfair Trade Practice**

PURSUANT TO SECTION 624.155, F.S. please indicate all statutory provisions alleged to have been violated.

| | |
|---|---|
| 624.155(1)(b)(1) | Not attempting in good faith to settle claims when, under all the circumstances, it could and should have done so, had it acted fairly and honestly toward its insured and with due regard for her or his interests. |
| 626.9541(1)(i)(3)(a) | Failing to adopt and implement standards for the proper investigation of claims. |
| 626.9541(1)(i)(3)(b) | Misrepresenting pertinent facts or insurance policy provisions relating to coverages at issue. |
| 626.9541(1)(i)(3)(c) | Failing to acknowledge and act promptly upon communications with respect to claims. |
| 626.9541(1)(i)(3)(d) | Denying claims without conducting reasonable investigations based upon available information. |
| 626.9541(1)(i)(3)(f) | Failing to promptly provide a reasonable explanation in writing to the insured of the basis in the insurance policy, in relation to the facts or applicable law, for denial of a claim or for the offer of a compromise settlement. |
| 626.9541(1)(i)(3)(g) | Failing to promptly notify the insured of any additional information necessary for the processing of a claim. |

Reference to specific policy language that is relevant to the violation, if any. If the person bringing the civil action is a third party claimant, she or he shall not be required to reference the specific policy language if the authorized insurer has not provided a copy of the policy to the third party claimant pursuant to written request.

THIS POLICY INCLUDES UNINSURED/UNDERINSURED MOTORISTS COVERAGE. THIS POLICY MEANS YOU, A RELATIVE OR A RATED RESIDENT; IF YOU PAY THE PREMIUM FOR THIS COVERAGE, WE (PROGRESSIVE AUTO INSURANCE) WILL PAY FOR DAMAGES, OTHER THAN PUNITIVE OR EXEMPLARY DAMAGES, THAT AN INJURED PERSON IS LEGALLY ENTITLED TO RECOVER FROM THE OWNER OR OPERATOR OF AN UNINSURED MOTOR VEHICLE BECAUSE OF BODILY INJURY: SUSTAINED BY AN INJURED PERSON; CAUSED BY AN ACCIDENT; AND ARISING OUT OF THE OWNERSHIP, MAINTENANCE, OR USE OF AN UNINSURED MOTOR VEHICLE. WE (PROGRESSIVE AUTO INSURANCE) WILL PAY UNDER THIS PART III ONLY AFTER THE LIMITS OF LIABILITY UNDER ALL APPLICABLE BODILY INJURY LIABILITY BONDS AND POLICIES HAVE BEEN EXHAUSTED BY PAYMENT OF JUDGMENTS OR SETTLEMENTS.

To enable the insurer to investigate and resolve your claim, describe the facts and circumstances giving rise to the insurer's violation as you understand them at this time.

DFS-10-363
Rev. 11/2007

Received Date: 02/07/2019

Feb. 7. 2019  1:15PM      Gordon & Doner  (561) 799-5763             No. 8288   P. 19/19

OUR CLIENT WAS INVOLVED IN A MOTOR VEHICLE ACCIDENT. OUR CLIENT WAS SEVERELY INJURED
WHEN STRUCK BY A CAR. HER INJURIES AND MEDICAL BILLS FAR EXCEED THE TORTFEASOR'S
POLICY LIMITS OF $100,000.00 BI TENDERED AND UM WAIVED SUBROGATION. AND THE CASE
CONTINUES TO EXCEED THAT AMOUNT AND BY AT LEAST THE AMOUNT OF THE UM LIMITS. OUR
CLIENT WENT TO MEDICAL PROFESSIONALS AND WAS DIAGNOSED WITH A HERNIATION AT C3-4
DEFORMING THE VENTRAL SAC, C4-5 WITH AN ANNULAR TEAR, C5-6 WITH AN ANNULAR TEAR AND
DEFORMING THECAL SAC AND HERNIATION AT L5-S1 THUS CAUSING HER TO UNDERGO TWO (2) LEVEL
ANTERIOR CERVICAL DISCECTOMY FUSION AT C4-5 & C5-6 AS WELL AS TWO (2) BILATERALLY
LUMBAR INJECTIONS, NEUROLOGICAL TESTING AND BONE GROWTH STIMULATION. HER MEDICAL
BILLS EXCEED $165,000.00 AND ARE STILL GROWING RAPIDLY.

---

**Comments**

| User Id | Date Added | Comment |
|---|---|---|
| mafums1@progressive.com | 11-19-2018 | |

Progressive Claims Branch
1641 Worthington Road
Suite 200
West Palm Beach, FL 33409
Phone: 561-462-8076
Fax: 561-402-8099

Florida Department of Insurance
Consumer Assistance/Civil Remedy Section
Larson Building, 200 E. Gaines Street
Tallahassee, FL 32399-0322

Underwritten by: Progressive American Insurance Company
Policyholder: Susan Woods
Policy number: 20420586-13
Claim number: 18-1748896
Claimant: Lauren Woods
Date of loss: March 18, 2018
Today's date: November 19, 2018
Page 1 of 1:
1-800-PROGRESSIVE (1-800-776-4737)

Complainant:  Lauren Woods
Insured:       Lauren Woods
DFS FILE#     407886

Dear Department of Financial Services:

We are responding to the Civil Remedy Notice filed by attorney,
attorney Mark Hanson, on behalf of his client, Lauren Woods.

Progressive American Insurance Company vehemently denies the
allegation that it violated: Florida Statutes 624.155(1)(b)(1),
626.9541(1)(i)(3)(e), 626.9541(1)(i)(3)(b), 626.9541(1)(i)(3)(a),
626.9541(1)(i)(3)(d), 626.9541(1)(i)(3)(f), 626.9541(1)(i)(3)(g) and
all other allegations contained within the Civil Remedy Notice.
There is a dispute regarding the value of the claim. Our efforts
continue to seek an amicable resolution.

Thank you for your attention to this matter. If you have any
questions, please do not hesitate to give me a call.
Sincerely,

Marlon Afums
Claims Support Lead
561-402-8076

cc: Gordon and Partners.

---

DFS-10-363
Rev. 11/2007

Received Date: 02/07/2019

**** CASE NUMBER: 502019CA000294XXXXMB Division: AF ****

Filing # 83036791 E-Filed 01/08/2019 04:20:05 PM

IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT, IN AND FOR PALM BEACH
COUNTY, FLORIDA.
CIVIL DIVISION

Case No.:

LAUREN WOODS,

    Plaintiff(s),

v.

PROGRESSIVE AMERICAN INSURANCE
COMPANY,

    Defendant(s),

_____/

### COMPLAINT

    COME(S) NOW, Plaintiff(s), LAUREN WOODS, and sues the Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY, and alleges as follows:

### GENERAL ALLEGATIONS

    1.    This is an action for damages in excess of fifteen thousand dollars ($15,000.00), exclusive of costs and interest.

    2.    Plaintiff, LAUREN WOODS, at all times material hereto was a resident of Martin County, Florida.

    3.    Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY, at all times material hereto was and is a foreign corporation authorized to and doing business in the State of Florida, including Palm Beach County.

    4.    The collision that is the subject of this complaint occurred in Palm Beach County, Florida.

### COUNT I
### UNINSURED/UNDERINSURED MOTORIST COVERAGE

1

NOT A CERTIFIED COPY

FILED: PALM BEACH COUNTY, FL, SHARON R. BOCK, CLERK, 01/08/2019 04:20:05 PM

Exhibit "C"

5.    Plaintiff hereby adopts paragraphs one (1) through four (4), above by reference as though fully set forth herein.

6.    At all times material hereto, and on March 18, 2018, there was in full force and effect a policy of insurance provided by PROGRESSIVE AMERICAN INSURANCE COMPANY, Policy Number: 20420580, which included Stackable Uninsured/Underinsured Motorist Coverage in the amount of $100,000.00 each person / $300,000.00 each occurrence (stacking with three vehicles), which would compensate and inure to the benefit of Plaintiff for injuries, medical bills, and related damages as a result of a collision involving an underinsured/uninsured motorist. (A copy of the Policy is attached hereto as Exhibit A").

7.    At the time and place of the collision described above, at-fault driver, PATRICIA RIORDAN, was underinsured owner/motorist and responsible for causing the subject collision and resulting damages to Plaintiff, entitling Plaintiff LAUREN WOODS, to make a claim for uninsured/underinsured motorist benefits under the policy of insurance with the Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY.

8.    Prior to initiating this action, the Plaintiff, LAUREN WOODS, has performed all conditions precedent (including making a demand upon Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY), and/or conditions precedent have been waived by Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY, or alternatively, Plaintiff, LAUREN WOODS, has been ready, willing and able to perform in accordance with the terms and conditions of the subject policy of insurance with Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY

9.    Despite the above, the Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY has refused and still refuses to fully compensate Plaintiff, LAUREN WOODS, for the damages she sustained for which she is entitled to recover pursuant to the subject policy of insurance, specifically set forth in Paragraphs 6 above.

WHEREFORE, the Plaintiff demands judgment against the Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY, for damages in excess of Fifteen Thousand Dollars ($15,000.00), plus costs incurred herein and any other relief this court deems fit and proper.

## DEMAND FOR TRIAL BY JURY

Plaintiff, LAUREN WOODS, hereby demands a trial by jury of all issues so triable as a matter of right.

Gordon & Partners, P.A.
3309 Northlake Boulevard, Suite 207
Palm Beach Gardens, FL 33403
(561) 799-5070 / fax (561) 799-5763
Attorneys for Plaintiff

/s/Mark Hanson
Mark Hanson, Esq.
Florida Bar Number 621651
MRH.Pleadings@fortheinjured.com
MHanson@fortheinjured.com
mweschek@fortheinjured.com

3

LIVINGS INS CORP
2646 SW MAPP RD #101
PALM CITY, FL 34990

**PROGRESSIVE**
AUTO

SUSAN WOODS
MICHAEL WOODS
PO BOX 812
HOBE SOUND, FL 33475

**Policy Number: 20420580**
Underwritten by:
Progressive American Insurance Co
November 10, 2017
Policy Period: Dec 13, 2017 - Jun 13, 2018
Page 1 of 3

**1-772-221-0000**
**LIVINGS INS CORP**
Contact your agent for personalized service.

**progressiveagent.com**
**Online Service**
Make payments, check billing activity, update
policy information or check status of a claim.

**1-800-274-4499**
To report a claim.

# Auto Insurance
# Coverage Summary
# This is your Renewal
# Declarations Page

The coverages, limits and policy period shown apply only if you pay for this policy renewal.

Your coverage begins on December 13, 2017 at 12:01 a.m. This policy expires on June 13, 2018 at 12:01 a.m.

Your insurance policy and any policy endorsements contain a full explanation of your coverage. The policy limits shown for a vehicle may not be combined with the limits for the same coverage or another vehicle, unless the policy contract or endorsements indicate otherwise. The policy contract is form 9611A FL (07/13), the contract is modified by form A139 FL (06/14).

## Drivers and resident relatives

| | Additional information |
|---|---|
| Susan Woods | Named insured |
| Michael Woods | Named insured |
| Lauren Woods | |

## Outline of coverage

**2013 HYUNDAI ELANTRA 4 DOOR HATCHBACK**
VIN: KMHD35LE3DU023411
Garaging ZIP Code: 33455
Primary use of the vehicle: Pleasure

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability to Others | | | |
| Bodily Injury Liability | $100,000 each person/$300,000 each accident | | $217 |
| Property Damage Liability | $50,000 each accident | | 92 |
| Personal Injury Protection/Deductible applies to named insured/Spouse/Dependent Resident Relatives | $10,000 | $0 | 54 |
| Uninsured Motorist - Stacked | $100,000 each person/$300,000 each accident | | 281 |
| Medical Payments | $10,000 each person | | 17 |
| Comprehensive | Actual Cash Value | $250 | 38 |
| Collision | Actual Cash Value | $500 | 105 |
| Rental Reimbursement | up to $30 each day/maximum 30 days | | 11 |
| Total premium for 2013 HYUNDAI | | | **$815** |

EXHIBIT
4

Form 6483 FL (09/15)

Continued

Policy Number: 20420580
Susan Woods
Michael Woods
Page 2 of 3

## 2016 CHEVROLET EXPRESS G2500 CARGO VAN
VIN: 1GCWGAFF4G1162063
Garaging ZIP Code: 33455
Primary use of the vehicle: Commute

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | |
| Bodily Injury Liability | $100,000 each person/$300,000 each accident | | $232 |
| Property Damage Liability | $50,000 each accident | | 89 |
| Personal Injury Protection/Deductible applies to Named Insured/Spouse/Dependent Resident Relatives | $10,000 | $0 | 35 |
| Uninsured Motorist - Stacked | $100,000 each person/$300,000 each accident | | 201 |
| Medical Payments | $10,000 each person | | 9 |
| Comprehensive | Actual Cash Value | $250 | 33 |
| Collision | Actual Cash Value | $500 | 90 |
| Rental Reimbursement | up to $30 each day/maximum 30 days | | 12 |
| Total premium for 2016 CHEVROLET | | | $701 |

## 2017 HYUNDAI ELANTRA 4 DOOR SEDAN
VIN: 5NPD84LF4HH071489
Garaging ZIP Code: 33455
Primary use of the vehicle: Pleasure
Length of vehicle ownership when policy started or vehicle added: At least 1 month but less than 1 year

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | |
| Bodily Injury Liability | $100,000 each person/$300,000 each accident | | $213 |
| Property Damage Liability | $50,000 each accident | | 83 |
| Personal Injury Protection/Deductible applies Named Insured/Spouse/Dependent Resident | $10,000 | $0 | 43 |
| Uninsured Motorist - Stacked | $100,000 each person/$300,000 each accident | | 276 |
| Medical Payments | $10,000 each person | | 13 |
| Comprehensive | Actual Cash Value | $250 | 43 |
| Collision | Actual Cash Value | $500 | 116 |
| Rental Reimbursement | up to $30 each day/maximum 30 days | | 12 |
| Total premium for 2017 HYUNDAI | | | $799 |
| **Total 6 month policy premium** | | | **$2,315.00** |
| Discount if paid in full | | | -586.00 |
| **Total 6 month policy premium if paid in full** | | | **$1,729.00** |

## Premium discounts

| | |
|---|---|
| 20420580 | Five-Year Claim Free, Home Owner, Multi-Car, Continuous Insurance: Diamond and Three-Year Safe Driving |
| **Vehicle** | |
| 2013 HYUNDAI ELANTRA | Anti-Lock Brakes and Driver and Passenger-side Airbag |
| 2016 CHEVROLET EXPRESS G2500 | Anti-Lock Brakes, Driver and Passenger-side Airbag and Passive Anti-Theft Device |
| 2017 HYUNDAI ELANTRA | Anti-Lock Brakes, Driver and Passenger-side Airbag and Passive Anti-Theft Device |

Form 6489 FL (09/16)

Continued

NOT A CERTIFIED COPY

Policy Number: 20420580
Susan Woods
Michael Woods
Page 3 of 3

## Lienholder information

| Vehicle | Lienholder |
|---------|-----------|
| 2013 HYUNDAI ELANTRA | CAPITAL ONE AUTO FIN |
| KMHD35LE3DU023411 | MINNEAPOLIS, MN 55439 |

## Policyholder inquiries

You may call your agent at 1-772-221-0000 to present inquiries or obtain information about coverage and to obtain assistance with any complaints.

## Agent signature

## Company officers

Secretary

NOT A CERTIFIED COPY

Form 6489 FL (09/16)

Feb. 7. 2019  1:09PM    Gordon & Doner (561) 799-5763                No. 8288   P. 1/19

Filing # 84558103 E-Filed 02/07/2019 10:27:04 AM

IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT, IN AND FOR PALM BEACH
COUNTY, FLORIDA
CIVIL DIVISION

Case No.: 502019CA000294XXXXMBAF

LAUREN WOODS,

     Plaintiff,

## CLAIM #: 181715696

v.

PROGRESSIVE AMERICAN INSURANCE
COMPANY,

    Defendant,

_____/

### AMENDED COMPLAINT

    COMES NOW, Plaintiff, LAUREN WOODS, and sues the Defendant, PROGRESSIVE

AMERICAN INSURANCE COMPANY, and alleges as follows:

### GENERAL ALLEGATIONS

    1.    This is an action for damages in excess of fifteen thousand dollars ($15,000.00),

exclusive of costs and interest.

    2.    Plaintiff, LAUREN WOODS, at all times material hereto was a resident of Martin

County, Florida.

    3.    Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY, at all times

material hereto was and is a foreign corporation authorized to and doing business in the State of

Florida, including Palm Beach County.

    4.    The collision that is the subject of this complaint occurred in Palm Beach County,

Florida.

### COUNT I
### UNINSURED/UNDERINSURED MOTORIST COVERAGE

1

Received Date: 02/07/2019

5.      Plaintiff hereby adopts paragraphs one (1) through four (4), above by reference as though fully set forth herein.

6.      At all times material hereto, and on March 18, 2018, there was in full force and effect a policy of insurance provided by PROGRESSIVE AMERICAN INSURANCE COMPANY, Policy Number: 20420580, which included Stackable Uninsured/Underinsured Motorist Coverage in the amount of $100,000.00 each person / $300,000.00 each occurrence (stacking with three vehicles), which would compensate and inure to the benefit of Plaintiff for injuries, medical bills, and related damages as a result of a collision involving an underinsured/uninsured motorist. (A copy of the Policy is attached hereto as Exhibit A")

7.      At the time and place of the collision described above, at-fault driver, PATRICIA RIORDAN, was underinsured owner/motorist and responsible for causing the subject collision and resulting damages to Plaintiff, entitling Plaintiff, LAUREN WOODS, to make a claim for uninsured/underinsured motorist benefits under the policy of insurance with the Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY.

8.      Prior to initiating this action, the Plaintiff, LAUREN WOODS, has performed all conditions precedent (including making a demand upon Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY), and/or conditions precedent have been waived by Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY, or alternatively, Plaintiff, LAUREN WOODS, has been ready, willing and able to perform in accordance with the terms and conditions of the subject policy of insurance with Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY

9.      Despite the above, the Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY has refused and still refuses to fully compensate Plaintiff, LAUREN WOODS, for the damages she sustained for which she is entitled to recover pursuant to the subject policy of insurance, specifically set forth in Paragraphs 6 above.

2

## COUNT II

### CLAIM FOR BAD FAITH PURSUANT TO FLORIDA STATUTE §624.155 AGAINST PROGRESSIVE AMERICAN INSURANCE COMPANY

10.    Plaintiff incorporates the allegations contained in Paragraphs 1 through 9 as though fully set forth herein.

11.    As a result of the aforementioned motor vehicle collision, LAUREN WOODS made a claim with the PROGRESSIVE AMERICAN INSURANCE COMPANY under the aforementioned insurance policy for underinsured motorist benefits.

12.    In response to the LAUREN WOODS's claim for underinsured motorist benefits PROGRESSIVE AMERICAN INSURANCE COMPANY declined to make a settlement.

13.    Two Civil Remedy Notices of Insurer Violation form was sent on LAUREN WOODS's behalf to the Florida Department of Financial Services. Attached hereto as Exhibit "B" is a copy of the Department's September 7, 2018 and September 28, 2018 acceptance.

14.    The Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY was provided with a copy of the aforementioned Civil Remedy Notice of Insurer Violation form. Attached hereto as Exhibit "C" is a copy of PROGRESSIVE AMERICAN INSURANCE COMPANY letter dated November 19, 2018, acknowledging receipt of the Civil Remedy Notice of Insurer Violation Form.

15.    The Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY, failed to tender the uninsured motorist coverage limits of $300,000.00 to the Plaintiff within 60 days of receipt of the aforementioned Civil Remedy Notice of Insurer Violation form.

16.    The settlement offer was rejected and LAUREN WOODS commenced this lawsuit against PROGRESSIVE AMERICAN INSURANCE COMPANY.

17.    Florida Statute §624.155(1)(b)1 states as follows:

(1)    Any person may bring a civil action against an insurer when such person is damaged....

3

(b)    By the commission of any of the following acts by the insurer.

18.    Not attempting in good faith to settle claims when, under all the circumstances, it could and should have done so, had it acted fairly and honestly toward its insured and with due regard for her or his interests.

19.    Upon issuance of the policy, Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY became obligated to comply with the duties of good faith set forth in Florida Statute §624.155(1)(b)1.

20.    Upon issuance of the policy and pursuant to Florida Statute §624.155(1)(b)1, the Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY had a continuing duty to act fairly and honestly toward its insured, the Plaintiff, LAUREN WOODS, and to attempt to settle her claim when, under all of the circumstances, it could and should have done so, had it acted fairly and honestly toward the Plaintiff and with due regard for her interests.

21.    Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY, breached its continuing duties under Florida Statute §624.155(1)(b)1 and the subject policy of insurance by not attempting in good faith to settle the Plaintiff's claim when, under all of the circumstances, it could and should have done so, had it acted fairly and honestly toward the Plaintiff and with due regard for her interests.

22.    Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY, breached its continuing duties of good faith by, including but not limited to: improperly handling the claim; refusing to settle the claim in a timely manner; never timely paying the claim; and failing to make payment of the $300,000.00 underinsured motorist coverage policy limits in light of the clear liability of the underinsured tortfeasor, the severity of the injuries suffered and the damages sustained by the Plaintiff.

23.    Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY, further breached its duties to the Plaintiff by failing to tender its $300,000.00 underinsured motorist

4

coverage policy limits to the Plaintiff within sixty (60) days of receiving the Civil Remedy Notice of Insurer Violation form.

24.     As a direct and proximate result of the acts and/or omissions of the Defendant, PROGRESSIVE, as set forth above, the Plaintiff has been damaged.

25.     Plaintiff has performed all conditions precedent to the bringing of this action under Florida Statute §624.155.

26.     As a result of the conduct of the Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY, referred to above, the Plaintiff has suffered actual, consequential and incidental damages including, but not limited to:

    a.     the total amount of the damages awarded by a jury, including the amount in excess of the policy limits;
    b.     interest on the amount of the award made by a jury;
    c.     additional costs incurred by the Plaintiff in the underlying lawsuit; and,
    d.     other incidental and consequential damages.

27.     Plaintiff has retained the law firm of Gordon and Partners, P.A. to represent her in this action and is entitled to recover reasonable attorneys' fees and costs for services rendered by such counsel for this claim pursuant to the policy and Florida Statute §627.428, §624.155(4) and/or §627.727(10).

    WHEREFORE, the Plaintiff, LAUREN WOODS, demands judgment for damages against the Defendant, PROGRESSIVE AMERICAN INSURANCE COMPANY, in a sum in excess of Fifteen Thousand Dollars ($15,000.00), attorneys' fees, costs, prejudgment interest as authorized by law, and such other and further relief as this Court deems just and proper and demands trial by jury.

Feb. 7, 2019  1:10PM   Gordon & Doner  (561) 799-5763                     No. 8298   P. 6/19

WHEREFORE, the Plaintiff demands judgment against the Defendant, PROGRESSIVE

AMERICAN INSURANCE COMPANY, for damages in excess of Fifteen Thousand Dollars

($15,000.00), plus costs incurred herein and any other relief this court deems fit and proper.

### DEMAND FOR TRIAL BY JURY

Plaintiff, LAUREN WOODS, hereby demands a trial by jury of all issues so triable as a

matter of right.

Gordon & Partners, P.A.
3309 Northlake Boulevard, Suite 207
Palm Beach Gardens, FL 33403
(561) 799-5070 / fax (561) 799-5763
Attorneys for Plaintiff

/s/Mark Hanson
Mark Hanson, Esq.
Florida Bar Number: 621651
MRH.Pleadings@fortheinjured.com
MHanson@fortheinjured.com
mweschrek@fortheinjured.com

6

Received Date: 02/07/2019

Feb. 7. 2019  1:10PM     Gordon & Doner (561) 799-5763                    No. 8288   P. 7/19

LIVINGS INS CORP
2545 SW MAPP RD #101
PALM CITY, FL 34990

# PROGRESSIVE
### AUTO

**Policy Number:** 20420580
Underwritten by:
Progressive American Insurance Co
November 10, 2017
Policy Period: Dec 13, 2017 - Jun 13, 2018
Page 1 of 3

SUSAN WOODS
MICHAEL WOODS
PO BOX 812
HOBE SOUND, FL 33475

**1-772-221-0000**
LIVINGS INS CORP
Contact your agent for personalized service.

progressiveagent.com
- Online Service
  Make payments, check billing activity, update
  policy information or check status of a claim.

**1-800-274-4499**
To report a claim.

## Auto Insurance
## Coverage Summary
### This is your Renewal
### Declarations Page

The coverages, limits and policy period shown apply only if you pay for this policy to renew.

Your coverage begins on December 13, 2017 at 12:01 a.m. This policy expires on June 13, 2018 at 12:01 a.m.

Your insurance policy and any policy endorsements contain a full explanation of your coverage. The policy limits shown for a vehicle may not be combined with the limits for the same coverage on another vehicle, unless the policy contract or endorsements indicate otherwise. The policy contract is form 9611A FL (07/13). The contract is modified by form A133 FL (06/14).

### Drivers and resident relatives

| | Additional information |
|---|---|
| Susan Woods | Named insured |
| Michael Woods | Named insured |
| Lauren Woods | |

## Outline of coverage

**2013 HYUNDAI ELANTRA 4 DOOR HATCHBACK**
VIN: KMHD35LE8DU023411
Garaging ZIP Code: 33455
Primary use of the vehicle: Pleasure

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | |
| Bodily Injury Liability | $100,000 each person/$300,000 each accident | | $217 |
| Property Damage Liability | $50,000 each accident | | 92 |
| Personal Injury Protection/Deductible applies to | $10,000 | $0 | 54 |
| Named Insured/Spouse/Dependent Resident Relatives | | | |
| Uninsured Motorist - Stacked | $100,000 each person/$300,000 each accident | | 251 |
| Medical Payment | $10,000 each person | | 17 |
| Comprehensive | Actual Cash Value | $250 | 38 |
| Collision | Actual Cash Value | $500 | 105 |
| Rental Reimbursement | up to $30 each day/maximum 30 days | | 11 |
| Total premium for 2013 HYUNDAI | | | $815 |

EXHIBIT
4

Form 6449 FL (02/15)

Feb. 7. 2019  1:11PM     Gordon & Doner (561) 799-5763          No. 8288   P. 8/19

Policy Number: 20420580
Susan Woods
Michael Woods
Page 2 of 3

**2016 CHEVROLET EXPRESS G2500 CARGO VAN**
VIN: 1GCWGAFF4G1162063
Garaging ZIP Code: 33455
Primary use of the vehicle: Commute

| | Units | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | |
| Bodily Injury Liability | $100,000 each person/$300,000 each accident | | $232 |
| Property Damage Liability | $50,000 each accident | | 89 |
| Personal Injury Protection/Deductible applies to | $10,000 | $0 | 35 |
| Named Insured/Spouse/Dependent Resident Relatives | | | |
| Uninsured Motorist - Stacked | $100,000 each person/$300,000 each accident | | 201 |
| Medical Payments | $10,000 each person | | 9 |
| Comprehensive | Actual Cash Value | $250 | 33 |
| Collision | Actual Cash Value | $500 | 90 |
| Rental Reimbursement | up to $30 each day/maximum 30 days | | 12 |
| Total premium for 2016 CHEVROLET | | | $701 |

**2017 HYUNDAI ELANTRA 4 DOOR SEDAN**
VIN: 5NPD84LF4HH071489
Garaging ZIP Code: 33455
Primary use of the vehicle: Pleasure

Length of vehicle ownership when policy started or vehicle added: At least 1 month but less than 1 year.

| | Units | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | |
| Bodily Injury Liability | $100,000 each person/$300,000 each accident | | 1213 |
| Property Damage Liability | $50,000 each accident | | 83 |
| Personal Injury Protection/Deductible applies to | $10,000 | $0 | 43 |
| Named Insured/Spouse/Dependent Resident Relatives | | | |
| Uninsured Motorist - Stacked | $100,000 each person/$300,000 each accident | | 376 |
| Medical Payments | $10,000 each person | | 13 |
| Comprehensive | Actual Cash Value | $250 | 43 |
| Collision | Actual Cash Value | $500 | 116 |
| Rental Reimbursement | up to $30 each day/maximum 30 days | | 12 |
| Total premium for 2017 HYUNDAI | | | $799 |
| **Total 6 month policy premium** | | | **$2,315.00** |
| Discount if paid in full | | | -586.00 |
| **Total 6 month policy premium (if paid in full)** | | | **$1,729.00** |

**Premium discounts**

| Policy | |
|---|---|
| 20420580 | Five-Year Claim Free, Home Owner, Multi-Car, Continuous Insurance, Diamond and Three-Year Safe Driving |

| Vehicle | |
|---|---|
| 2013 HYUNDAI ELANTRA | Anti-Lock Brakes and Driver and Passenger-side Airbag |
| 2016 CHEVROLET EXPRESS G2500 | Anti-Lock Brakes, Driver and Passenger-side Airbag and Passive Anti-Theft Device |
| 2017 HYUNDAI ELANTRA | Anti-Lock Brakes, Driver and Passenger-side Airbag and Passive Anti-Theft Device |

Form 6468 P. (09/13)

 Continued

Received Date: 02/07/2019

Feb, 7, 2019  1:11PM      Gordon & Doner (561) 799-5763          No. 8288    P. 9/19

Policy Number: 204285807
Susan Woods
Michael Woods
Page 3  of 3

## Lienholder information

| Vehicle | Lienholder |
|---|---|
| 2013 HYUNDAI ELANTRA | CAPITAL ONE AUTO FIN |
| KMHD35LE9DU029411 | MINNEAPOLIS, MN 55439 |

## Policyholder inquiries

You may call your agent at 1-772-221-0000 to present inquiries or obtain information about coverage, and to obtain
assistance with any complaints.

## Agent signature

## Company officers

Secretary

form 4403 N, 09916

Received Date: 02/07/2019

Feb. 7. 2019  1:11PM      Gordon & Doner (561) 799-5763               No. 8288   P. 10/19



**FINANCIAL SERVICES**
FLORIDA
DEPARTMENT OF

Civil Remedy Notice of Insurer Violations

Filing Number:      405365
Filing Accepted:    9/7/2018

    Warning! Information submitted as part of this civil remedy notice is a public record. Data entered into this form will be displayed on the DFS website for public review. Please DO NOT enter Social Security Numbers, personal medical information, personal financial information or any other information you do not want available for public review.

☑  The submitter hereby states that this notice is given in order to perfect the rights of the person(s) damaged to pursue civil remedies authorized by Section 624.155, Florida Statutes.

**Complainant:**

| | |
|---|---|
| Name: | MARK HANSON |
| Street Address: | 3309 NORTHLAKE BLVD. SUITE 207 |
| City, State Zip: | PALM BEACH GARDENS, FL 33403 |
| Email Address: | KDORCAS@FORTHEINJURED.COM |
| Complainant Type: | Third Party |

**Insured**

| | |
|---|---|
| Name: | LAUREN WOODS |
| Policy #: | 20420580 |
| Claim #: | 181715696 |

**Attorney**

| | |
|---|---|
| Name: | MARK HANSON |
| Street Address: | 3309 NORTHLAKE BLVD. SUITE 207 |
| City, State Zip: | PALM BEACH GARDENS, FLORIDA 33403 |
| Email Address: | KDORCAS@FORTHEINJURED.COM |

**Notice Against**

| | |
|---|---|
| Insurer Type: | Authorized Insurer |
| Name: | PROGRESSIVE AMERICAN INSURANCE COMPANY |
| Street Address: | |
| City, State Zip: | , |

Please identify the person or persons representing the Insurer who are most responsible for/knowledgeable of the facts giving rise to the allegations in this notice.
EDUARDO LOPEZ, ADJUSTER OR MANAGER

Type of Insurance    Auto

DFS-10-363
Rev. 11/2007

EXHIBIT
B

Received Date: 02/07/2019

Feb. 7. 2019  1:12PM     Gordon & Doner (561) 799-5763           No. 8266   P. 11/19



## FLORIDA
DEPARTMENT OF
## FINANCIAL SERVICES

**Civil Remedy Notice of Insurer Violations**

Filing Number:        405355

**Reason for Notice**

Reasons for Notice:

    **Claim Denial**

    **Claim Delay**

    **Unsatisfactory Settlement Offer**

    **Unfair Trade Practice**

**PURSUANT TO SECTION 624.155, F.S.** please indicate all statutory provisions alleged to have been violated.

| | |
|---|---|
| 624.155(1)(b)(1) | Not attempting in good faith to settle claims when, under all the circumstances, it could and should have done so, had it acted fairly and honestly toward its insured and with due regard for her or his interests. |
| 626.9541(1)(i)(3)(a) | Failing to adopt and implement standards for the proper investigation of claims. |
| 626.9541(1)(i)(3)(b) | Misrepresenting pertinent facts or insurance policy provisions relating to coverages at issue. |
| 626.9541(1)(i)(3)(c) | Failing to acknowledge and act promptly upon communications with respect to claims. |
| 626.9541(1)(i)(3)(d) | Denying claims without conducting reasonable investigations based upon available information. |
| 626.9541(1)(i)(9)(f) | Failing to promptly provide a reasonable explanation in writing to the insured of the basis in the insurance policy, in relation to the facts or applicable law, for denial of a claim or for the offer of a compromise settlement. |

Reference to specific policy language that is relevant to the violation, if any. If the person bringing the civil action is a third party claimant, she or he shall not be required to reference the specific policy language if the authorized insurer has not provided a copy of the policy to the third party claimant pursuant to written request.

THIS POLICY INCLUDES UNINSURED/UNDERINSURED MOTORISTS COVERAGE. THIS POLICY MEANS YOU, A RELATIVE OR A RATED RESIDENT; IF YOU PAY THE PREMIUM FOR THIS COVERAGE, WE (PROGRESSIVE AUTO INSURANCE) WILL PAY FOR DAMAGES, OTHER THAN PUNITIVE OR EXEMPLARY DAMAGES, THAT AN INJURED PERSON IS LEGALLY ENTITLED TO RECOVER FROM THE OWNER OR OPERATOR OF AN UNINSURED MOTOR VEHICLE BECAUSE OF BODILY INJURY; SUSTAINED BY AN INJURED PERSON; CAUSED BY AN ACCIDENT; AND ARISING OUT OF THE OWNERSHIP, MAINTENANCE, OR USE OF AN UNINSURED MOTOR VEHICLE. WE (PROGRESSIVE AUTO INSURANCE) WILL PAY UNDER THIS PART III ONLY AFTER THE LIMITS OF LIABILITY UNDER ALL APPLICABLE BODILY INJURY LIABILITY BONDS AND POLICIES HAVE BEEN EXHAUSTED BY PAYMENT OF JUDGMENTS OR SETTLEMENTS.

To enable the insurer to investigate and resolve your claim, describe the facts and circumstances giving rise to the insurer's violation as you understand them at this time.

DFS-10-363
Rev. 11/2007

Received Date: 02/07/2019

Feb. 7. 2019  1:12PM      Gordon & Doner  (561) 799-5763           No. 8288   P. 12/19

OUR CLIENT WAS INVOLVED IN A MOTOR VEHICLE ACCIDENT. OUR CLIENT WAS SEVERELY INJURED
WHEN STRUCK BY A CAR, HER INJURIES AND MEDICAL BILLS FAR EXCEED THE TORTFEASOR'S
POLICY LIMITS OF $100,000.00 BI TENDERED AND UM WAIVED SUBROGATION. AND THE CASE EXCEEDS
THAT AMOUNT AND BY AT LEAST THE AMOUNT OF THE UM LIMITS. OUR CLIENT WENT TO MEDICAL
PROFESSIONALS AND WAS DIAGNOSED WITH A HERNIATION AT C3-4 DEFORMING THE VENTRAL SAC,
C4-5 WITH AN ANNULAR TEAR, C5-6 WITH AN ANNULAR TEAR AND DEFORMING THECAL SAC AND
HERNIATION AT L5-S1 THUS CAUSING HER TO UNDERGO TWO (2) LEVEL ANTERIOR CERVICAL
DISCECTOMY FUSION AT C4-5 & C5-6 AS WELL AS TWO (2) BILATERALLY LUMBAR INJECTIONS. HER
MEDICAL BILLS EXCEED $160,000.00 AND ARE STILL COMING IN.

| Comments | | |
|---|---|---|
| User Id | Date Added | Comment |

DFS-10-363
Rev. 11/2007

Received Date: 02/07/2019

Feb. 7. 2019  1:13PM     Gordon & Doner (561) 799-5763                    No. 8288   P. 13/19.



**FLORIDA**
DEPARTMENT OF
**FINANCIAL SERVICES**

Civil Remedy Notice of Insurer Violations

Filing Number:   **407688**
Filing Accepted:   **9/28/2018**

Warning: Information submitted as part of this civil remedy notice is a public record. Data entered into this form will be displayed on the DFS website for public review. Please DO NOT enter Social Security Numbers, personal medical information, personal financial information or any other information you do not want available for public review.

☑  The submitter hereby states that this notice is given in order to perfect the rights of the person(s) damaged to pursue civil remedies authorized by Section 624.155, Florida Statutes.

**Complainant**

| | |
|---|---|
| Name: | **MARK HANSON** |
| Street Address: | **3309 NORTHLAKE BLVD. SUITE 207** |
| City, State Zip: | **PALM BEACH GARDENS, FL 33403** |
| Email Address: | **KDORCAS@FORTHEINJURED.COM** |
| Complainant Type: | **Third Party** |

**Insured**

| | |
|---|---|
| Name: | **LAUREN WOODS** |
| Policy #: | **20420580** |
| Claim #: | **181715696** |

**Attorney**

| | |
|---|---|
| Name: | **MARK HANSON** |
| Street Address: | **3309 NORTHLAKE BLVD. SUITE 207** |
| City, State Zip: | **PALM BEACH GARDENS, FLORIDA 33403** |
| Email Address: | **KDORCAS@FORTHEINJURED.COM** |

**Notice Against**

| | |
|---|---|
| Insurer Type: | **Authorized Insurer** |
| Name: | **PROGRESSIVE AMERICAN INSURANCE COMPANY** |
| Street Address: | |
| City, State Zip: | , |

Please identify the person or persons representing the insurer who are most responsible for/knowledgeable of the facts giving rise to the allegations in this notice.
**MARION ALLUMS, ADJUSTER OR MANAGER**

| | |
|---|---|
| Type of Insurance: | **Auto** |

DFS-10-363
Rev. 11/2007

Received Date: 02/07/2019

Feb. 7. 2019  1:13PM    Gordon & Doner (561) 799-5763                    No. 6296   P. 14/19



**FLORIDA**
DEPARTMENT OF
**FINANCIAL SERVICES**

Civil Remedy Notice of Insurer Violations

Filing Number       497586

**Reason for Notice**

Reasons for Notice:

 Claim Denial

 Claim Delay

 Unsatisfactory Settlement Offer

 Unfair Trade Practice

PURSUANT TO SECTION 624.155, F.S. please indicate all statutory provisions alleged to have been violated.

| | |
|---|---|
| 624.155(1)(b)(1) | Not attempting in good faith to settle claims when, under all the circumstances, it could and should have done so, had it acted fairly and honestly toward its insured and with due regard for her or his interests. |
| 626.9541(1)(i)(3)(a) | Failing to adopt and implement standards for the proper investigation of claims. |
| 626.9541(1)(i)(3)(b) | Misrepresenting pertinent facts or insurance policy provisions relating to coverages at issue. |
| 626.9541(1)(i)(3)(c) | Failing to acknowledge and act promptly upon communications with respect to claims. |
| 626.9541(1)(i)(3)(d) | Denying claims without conducting reasonable investigations based upon available information. |
| 626.9541(1)(i)(3)(f) | Failing to promptly provide a reasonable explanation in writing to the insured of the basis in the insurance policy, in relation to the facts or applicable law, for denial of a claim or for the offer of a compromise settlement. |
| 626.9541(1)(i)(3)(g) | Failing to promptly notify the insured of any additional information necessary for the processing of a claim. |

Reference to specific policy language that is relevant to the violation, if any. If the person bringing the civil action is a third party claimant, she or he shall not be required to reference the specific policy language if the authorized insurer has not provided a copy of the policy to the third party claimant pursuant to written request.

THIS POLICY INCLUDES UNINSURED/UNDERINSURED MOTORISTS COVERAGE. THIS POLICY MEANS YOU, A RELATIVE OR A RATED RESIDENT; IF YOU PAY THE PREMIUM FOR THIS COVERAGE, WE (PROGRESSIVE AUTO INSURANCE) WILL PAY FOR DAMAGES, OTHER THAN PUNITIVE OR EXEMPLARY DAMAGES, THAT AN INJURED PERSON IS LEGALLY ENTITLED TO RECOVER FROM THE OWNER OR OPERATOR OF AN UNINSURED MOTOR VEHICLE BECAUSE OF BODILY INJURY: SUSTAINED BY AN INJURED PERSON; CAUSED BY AN ACCIDENT; AND ARISING OUT OF THE OWNERSHIP, MAINTENANCE, OR USE OF AN UNINSURED MOTOR VEHICLE. WE (PROGRESSIVE AUTO INSURANCE) WILL PAY UNDER THIS PART III ONLY AFTER THE LIMITS OF LIABILITY UNDER ALL APPLICABLE BODILY INJURY LIABILITY BONDS AND POLICIES HAVE BEEN EXHAUSTED BY PAYMENT OF JUDGMENTS OR SETTLEMENTS.

To enable the insurer to investigate and resolve your claim, describe the facts and circumstances giving rise to the insurer's violation as you understand them at this time.

DFS-10-363
Rev. 11/2007

Received Date: 02/07/2019

OUR CLIENT WAS INVOLVED IN A MOTOR VEHICLE ACCIDENT. OUR CLIENT WAS SEVERELY INJURED WHEN STRUCK BY A CAR. HER INJURIES AND MEDICAL BILLS FAR EXCEED THE TORTFEASOR'S POLICY LIMITS OF $100,000.00 BI TENDERED AND UM WAIVED SUBROGATION. AND THE CASE CONTINUES TO EXCEED THAT AMOUNT AND BY AT LEAST THE AMOUNT OF THE UM LIMITS. OUR CLIENT WENT TO MEDICAL PROFESSIONALS AND WAS DIAGNOSED WITH A HERNIATION AT C3-4 DEFORMING THE VENTRAL SAC, C4-5 WITH AN ANNULAR TEAR, C5-6 WITH AN ANNULAR TEAR AND DEFORMING THECAL SAC AND HERNIATION AT L5-S1 THUS CAUSING HER TO UNDERGO TWO (2) LEVEL ANTERIOR CERVICAL DISCECTOMY FUSION AT C4-5 & C5-6 AS WELL AS TWO (2) BILATERALLY LUMBAR INJECTIONS, NEUROLOGICAL TESTING AND BONE GROWTH STIMULATION. HER MEDICAL BILLS EXCEED $155,000.00 AND ARE STILL GROWING RAPIDLY.

**Comments**

| User Id | Date Added | Comment |
|---------|-----------|---------|
|         |           |         |

DFS-10-363
Rev. 11/2007

Received Date: 02/07/2019

Feb. 7. 2019  1:14PM   Gordon & Doner (561) 799-5763                    No. 8288   P. 16/19

PROGRESSIVE CLAIMS
1691 WORTHINGTON ROAD
SUITE 200
WEST PALM BEACH, FL 33409

**PROGRESSIVE**

Underwritten By:
Progressive American Insurance
Company.

Claim Number: 18-1715696
Loss Date:     March 18, 2018
Document Date: November 19, 2018
Page 1 of 1

GORDON AND DONER PA
MARK HANSON
4114 NORTHLAKE BLVD
PALM BEACH GARDENS, FL 33410

claims.progressive.com
    Track the status and details of your claim,
    e-mail your representative or report a
    new claim.

## Claim Information

Enclosed please find a response to the Civil Remedy Notice you filed on September 28, 2018, on behalf of Lauren Woods.

MARION ALLUMS
Claims Department
1-561-402-8076
1-800-PROGRESSIVE (1-800-776-4737)
Fax: 1-561-402-8099
Icm 2587 XX (11/09) FL

EXHIBIT

Feb. 7. 2019  1:14PM     Gordon & Doner (561) 799-5763                    No. 8288   P. 17/19


**FLORIDA**
DEPARTMENT OF
**FINANCIAL SERVICES**

## Civil Remedy Notice of Insurer Violations

Filing Number:     407066

Filing Accepted:   9/28/2018

Warning! Information submitted as part of this civil remedy notice is a public record. Data entered into this form will be displayed on the DFS website for public review. Please DO NOT enter Social Security Numbers, personal medical information, personal financial information or any other information you do not want available for public review.

☑  The submitter hereby states that this notice is given in order to perfect the rights of the person(s) damaged to pursue civil remedies authorized by Section 624.155, Florida Statutes.

### Complainant

| | |
|---|---|
| Name: | MARK HANSON |
| Street Address: | 3399 NORTHLAKE BLVD. SUITE 207 |
| City, State Zip: | PALM BEACH GARDENS, FL  33403 |
| Email Address: | KDORCAS@FORTHEINJURED.COM |
| Complainant Type: | Third Party |

### Insured

| | |
|---|---|
| Name: | LAUREN WOODS |
| Policy #: | 20420550 |
| Claim #: | 181715599 |

### Attorney

| | |
|---|---|
| Name: | MARK HANSON |
| Street Address: | 3399 NORTHLAKE BLVD. SUITE 207 |
| City, State Zip: | PALM BEACH GARDENS, FLORIDA  33403 |
| Email Address: | KDORCAS@FORTHEINJURED.COM |

### Notice Against

| | |
|---|---|
| Insurer Type: | Authorized Insurer |
| Name: | PROGRESSIVE AMERICAN INSURANCE COMPANY |
| Street Address: | |
| City, State Zip: | |

Please identify the person or persons representing the insurer who are most responsible for/knowledgeable of the facts giving rise to the allegations in this notice.

**MARION ALLUMS, ADJUSTER OR MANAGER**

| | |
|---|---|
| Type of Insurance: | Auto |

DFS-10-363
Rev. 11/2007

Received Date: 02/07/2019

Feb. 7. 2019  1:14PM   Gordon & Doner (561)799-5763   No. 8288   P. 18/19



FLORIDA
DEPARTMENT OF
FINANCIAL SERVICES

## Civil Remedy Notice of Insurer Violations

**Filing Number:**   407866

### Reason for Notice

Reasons for Notice:

   **Claim Denial**

   **Claim Delay**

   **Unsatisfactory Settlement Offer**

   **Unfair Trade Practice**

**PURSUANT TO SECTION 624.155, F.S.**  please indicate all statutory provisions alleged to have been violated.

| | |
|---|---|
| 624.155(1)(b)(1) | Not attempting in good faith to settle claims when, under all the circumstances, it could and should have done so, had it acted fairly and honestly toward its insured and with due regard for her or his interests. |
| 626.9541(1)(i)(3)(a) | Failing to adopt and implement standards for the proper investigation of claims. |
| 626.9541(1)(i)(3)(b) | Misrepresenting pertinent facts or insurance policy provisions relating to coverages at issue. |
| 626.9541(1)(i)(3)(c) | Failing to acknowledge and act promptly upon communications with respect to claims. |
| 626.9541(1)(i)(3)(d) | Denying claims without conducting reasonable investigations based upon available information. |
| 626.9541(1)(i)(3)(f) | Failing to promptly provide a reasonable explanation in writing to the insured of the basis in the insurance policy, in relation to the facts or applicable law, for denial of a claim or for the offer of a compromise settlement. |
| 626.9541(1)(i)(3)(g) | Failing to promptly notify the insured of any additional information necessary for the processing of a claim. |

Reference to specific policy language that is relevant to the violation, if any. If the person bringing the civil action is a third party claimant, she or he shall not be required to reference the specific policy language if the authorized insurer has not provided a copy of the policy to the third party claimant pursuant to written request.

THIS POLICY INCLUDES UNINSURED/UNDERINSURED MOTORISTS COVERAGE. THIS POLICY MEANS YOU, A RELATIVE OR A RATED RESIDENT; IF YOU PAY THE PREMIUM FOR THIS COVERAGE, WE (PROGRESSIVE AUTO INSURANCE) WILL PAY FOR DAMAGES, OTHER THAN PUNITIVE OR EXEMPLARY DAMAGES, THAT AN INJURED PERSON IS LEGALLY ENTITLED TO RECOVER FROM THE OWNER OR OPERATOR OF AN UNINSURED MOTOR VEHICLE BECAUSE OF BODILY INJURY: SUSTAINED BY AN INJURED PERSON; CAUSED BY AN ACCIDENT; AND ARISING OUT OF THE OWNERSHIP, MAINTENANCE, OR USE OF AN UNINSURED MOTOR VEHICLE, WE (PROGRESSIVE AUTO INSURANCE) WILL PAY UNDER THIS PART III ONLY AFTER THE LIMITS OF LIABILITY UNDER ALL APPLICABLE BODILY INJURY LIABILITY BONDS AND POLICIES HAVE BEEN EXHAUSTED BY PAYMENT OF JUDGMENTS OR SETTLEMENTS.

To enable the insurer to investigate and resolve your claim, describe the facts and circumstances giving rise to the insurer's violation as you understand them at this time.

DFS-10-363
Rev. 11/2007

Received Date: 02/07/2019

Feb. 7, 2019  1:15PM    Gordon & Doner  (561)799-5763      No. 8288   P. 19/19

OUR CLIENT WAS INVOLVED IN A MOTOR VEHICLE ACCIDENT. OUR CLIENT WAS SEVERELY INJURED WHEN STRUCK BY A CAR. HER INJURIES AND MEDICAL BILLS FAR EXCEED THE TORTFEASOR'S POLICY LIMITS OF $100,000.00 BI TENDERED AND UM WAIVED SUBROGATION. AND THE CASE CONTINUES TO EXCEED THAT AMOUNT AND BY AT LEAST THE AMOUNT OF THE UM LIMITS. OUR CLIENT WENT TO MEDICAL PROFESSIONALS AND WAS DIAGNOSED WITH A HERNIATION AT C3-4 DEFORMING THE VENTRAL SAC, C4-5 WITH AN ANNULAR TEAR, C5-6 WITH AN ANNULAR TEAR AND DEFORMING THECAL SAC AND HERNIATION AT L5-S1 THUS CAUSING HER TO UNDERGO TWO (2) LEVEL ANTERIOR CERVICAL DISCECTOMY FUSION AT C4-5 & C5-6 AS WELL AS TWO (2) BILATERALLY LUMBAR INJECTIONS, NEUROLOGICAL TESTING AND BONE GROWTH STIMULATION. HER MEDICAL BILLS EXCEED $165,000.00 AND ARE STILL GROWING RAPIDLY.

**Comments**

| User Id | Date Added | Comment |
|---|---|---|
| mailumail@progressive.com | 11-19-2018 | |

Progressive Claims Branch
3841 Worthington Road
Suite 300
West Palm Beach, FL 33409
Phone: 561-402-8076
Fax: 561-402-8099

Florida Department of Insurance
Consumer Assistance/Civil Remedy Section
Larson Building, 200 E. Gaines Street
Tallahassee, FL 32399-0322

Underwritten by: Progressive American Insurance Company
Policyholder: Susan Woods
Policy number: 05420595-13
Claim number: 18-1718098
Claimant: Lauren Woods
Date of loss: March 16, 2018
Today's date: November 19, 2018
Page 1 of 1
1-800-PROGRESSIVE (1-800-776-4737)

Complainant: Lauren Woods
Insured: Lauren Woods
DFS FILE#: 407888

Dear Department of Financial Services:

We are responding to the Civil Remedy Notice filed by attorney, attorney Mark Harrison, on behalf of his client, Lauren Woods.

Progressive American Insurance Company vehemently denies the allegation that it violated: Florida Statutes 624.155(1)(b)(1), 626.9541(1)(i)(3)(a), 626.9541(1)(i)(3)(b), 626.9541(1)(i)(3)(c), 626.9541(1)(i)(3)(d), 626.9541(1)(i)(3)(e), 626.9541(1)(i)(3)(g), and all other allegations contained within the Civil Remedy Notice. There is a dispute regarding the value of the claim. Our efforts continue to seek an arbitrable resolution.

Thank you for your attention to this matter. If you have any questions, please do not hesitate to give me a call.
Sincerely,

Marisol Atkins,
Claims Support Lead
561-402-8076

cc: Gordon and Partners,

DFS-10-363
Rev. 11/2007

Received Date: 02/07/2019