UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CV-80517-REINHART

LAUREN WOODS,

    Plaintiff,

v.

PROGRESSIVE AMERICAN INSURANCE COMPANY,

    Defendant.
_____/

## FINAL JUDGMENT ON COUNT II OF THE AMENDED COMPLAINT

**THIS CAUSE** comes before the Court upon the jury trial which concluded on September 14, 2023. In accordance with the verdict herein, it is hereby ORDERED AND ADJUDED:

That Final Judgment be and hereby is entered as to Count II of the Amended Complaint in favor of Progressive American Insurance Company.

The Court retains jurisdiction to consider all post-trial motions.

The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 14th day of September 2023.

_____
BRUCE E. REINHART
United States Magistrate Judge