UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO.: 9:19-cv-80517-REINHART

LAUREN WOODS,

    *Plaintiff*,

v.

PROGRESSIVE AMERICAN INSURANCE
COMPANY,

    *Defendant*.

_____/

## PLAINTIFF'S NOTICE OF APPEAL[1]

Lauren Woods hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Verdict, ECF No. 224, entered September 14, 2023 (Exhibit A), and the Final Judgment on Count II of the Amended Complaint, ECF No. 226, entered September 15, 2023 (Exhibit B).

---

[1] On October 13, 2023, Plaintiff timely filed, pursuant to Fed. R. Civ. P. 59, its Motion for New Trial, ECF No. 234, which remains pending. *See* Fed. R. App. P. 4(a)(4) (providing that timely filing of authorized motion will suspend rendition for purposes of appeal). This Notice of Appeal is filed in an abundance of caution, and should be held in abeyance pending the Court's ruling on the pending motion. *See* Fed. R. App. P. 4(a)(2) providing for premature appeals to be held in abeyance.

Case No.: 9:19-cv-80517-REINHART

Respectfully submitted,

VER PLOEG & MARINO, P.A.
100 S.E. Second Street, Suite 3300
Miami, FL 33131
305-577-3996
305-577-3558 *facsimile*

/s/ Michal Meiler
**Stephen A. Marino Jr., Esq.**
Florida Bar No. 79170
smarino@vpm-legal.com
smcgee@vpm-legal.com
**Michal Meiler, Esq.**
Florida Bar No. 86522
mmeiler@vpm-legal.com
mgarcia@vpm-legal.com
**Alessia A. Rocha, Esq.**
Florida Bar No. 1025878
arocha@vpm-legal.com
*Counsel for Lauren Woods*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on October 13, 2023, on all counsel or parties of record on the Service List below.

/s/ Michal Meiler
**Michal Meiler, Esq.**

Case No.: 9:19-cv-80517-REINHART

## SERVICE LIST

| | |
|---|---|
| Adam A. Duke, Esq.<br>Derek L. Veliz, Esq.<br>Sean M. Fard, Esq.<br>Young, Bill, Boles, Palmer, Duke & Thompson, P.A.<br>2 South Biscayne Blvd., Suite 3195<br>Miami, FL 33131<br>305-222-7720<br>305-492-7729 *facsimile*<br>aduke@flalawyer.net<br>dveliz@flalawyer.net<br>sfard@flalawyer.net<br>crios@flalawyer.net<br>epantoja@flalawyer.net<br>*Counsel for Progressive American Ins. Co.* | Stephen A. Marino, Jr., Esq.<br>Michal Meiler, Esq.<br>Alessia A. Rocha, Esq.<br>Ver Ploeg & Marino, P.A.<br>100 S.E. Second Street, Suite 3300<br>Miami, FL 33131<br>305-577-3996<br>305-577-3558 *facsimile*<br>smarino@vpm-legal.com<br>mmeiler@vpm-legal.com<br>arocha@vpm-legal.com<br>smcgee@vpm-legal.com<br>mgarcia@vpm-legal.com<br>*Counsel for Lauren Woods* |

3